AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

R.W., A Minor, individually, by
and through his parent and natural guardian
SARAH WILLIAMS AND SARAH WILLIAMS, individually

**SUMMONS IN A CIVIL CASE**

V.

Delaware Department of Education et al
JOSEPH PIKA, VALERIE WOODRUFF,
JEAN ALLEN; RICHARD M. FARMER JR,
MARY GRAHAM, ESQ; BARBARA RUTT;
DENNIS SAVAGE; CLAIRBOURNE D. SMITH,
ANNE CASE; VALERIE WOODRUFF PERSONALLY
AND IN THEIR OFFICIAL CAPACITY
CHRISTINA School DISTRICT AND CHRISTINA SCHOOL DISTRICT SCHOOL Board
JOSEPH J. WISE   FREEMAN WILLIAMS    BRENDA PHILLIPS, JAMES DURR, CONSTANCE MERLET
DAVID Sundstrom, Personally and in   GEORGE EVANS ESQ; Beverly HOWELL, JOHN MACKENZIE
SANDRA COUNTLEY  THEIR OFFICIAL CAPACITY  CECELIA SCHERER AND JOSEPH WISE, Personally AND
                                         IN THEIR OFFICIAL CAPACITY

CASE NUMBER: 05-662

TO: (Name and address of Defendant)

JOSEPH WISE
CHRISTINA SCHOOL DISTRICT
600 N. Lombard St.
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA M. O'NEILL ESQ.
22 WEST FRONT STREET
MEDIA PA 19063

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              SEP 1 2 2005
_____              _____
CLERK                                        DATE

_____Cup_____Watson_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-15-05 |
| NAME OF SERVER (PRINT) WANDA TAYLOR | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Christina School District  
JoAnna Gore, Secretary to Chief of Staff

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 0 | SERVICES 0 | TOTAL 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-15-05      *Wanda Taylor*
            Date           Signature of Server

116 W. 38th St, Wilm, DE 19802
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.