AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

R.W. A minor, individually, by and through his parent and natural guardian SARAH WILLIAMS AND SARAH WILLIAMS individually

V.

DELAWARE Department of EDUCATION et al
JOSEPH PIKA, VALERIA WOODRUFF
JEAN ALLEN; RICHARD M FARMER JR,
MARY GRAHAM ESQ. BARBARA RUTT
DENNIS SAVAGE; CLAIR BOULENE D. SMITH
ANNE CASE; VALERIE WOODRUFF PERSONALLY
IN THEIR OFFICIAL CAPACITY
CHRISTINA SCHOOL DISTRICT AND CHRISTINA SCHOOL DISTRICT SCHOOL BOARD
JOSEPH WISE   FREEMAN WILLIAMS   BRENDA PHILLIPS; JAMES DURR; CONSTANCE MERLET
DAVID Sundstrom   SHARON DENNY   GEORGE EVANS ESQ; BEVERLY HOWELL JOHN MACKENZIE
SANDRA Countley PERSONALLY AND IN   CECELIA SCHERER AND JOSEPH WISE PERSONALLY AND
THEIR OFFICIAL CAPACITY  IN THEIR OFFICIAL CAPACITY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-662

TO: (Name and address of Defendant)

BARBARA RUTT
THE TOWNSEND BUILDING
401 Federal Street Suite 2
Dover DE 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia M. O'Neill, Esquire
22 West Front Street
Media, PA 19063

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO         SEP 1 2 2005

CLERK                   DATE

Evette Walton

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9-15-05 |
| NAME OF SERVER (PRINT)  WANDA Taylor | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Delaware State Board of Education, left with Dani Moore

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-15-05
Date

Wanda Taylor
Signature of Server

116 W. 38th St, Wilm, DE 19802
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.