AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____ Delaware _____

R.W. A minor, individually, by and through his parent and natural guardian SARAH WILLIAMS AND SARAH WILLIAMS individually

V.

DELAWARE Department of EDUCATION et al JOSEPH PIKA, VALERIA WOODRUFF JEAN AILEN; RICHARD M FARMER JR, MARY GRAHAM ESQ; BARBARA RUTT DENNIS SAVAGE; CLAIR BOUENE D. SMITH ANNE CASE; VALERIE WOODRUFF PERSONALLY AND IN THEIR OFFICIAL CAPACITY CHRISTINA SCHOOL DISTRICT AND CHRISTINA SCHOOL DISTRICT SCHOOL BOARD JOSEPH WISE FREEMAN WILLIAMS BRENDA PHILLIPS, JAMES DURR; CONSTANCE MERLET DAVID Sundstrom SHARON DENNY GEORGE EVANS ESQ; BEVERLY HOWELL JOHN MACKENZIE SANDRA COUNTLEY PERSONALLY AND IN CECELIA SCHERER AND JOSEPH WISE PERSONALLY AND THEIR OFFICIAL CAPACITY IN THEIR OFFICIAL CAPACITY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-662

TO: (Name and address of Defendant)

MARY GRAHAM
THE TOWNSEND BUILDING
401 Federal Street / Suite 2
DOVER DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia M. O'Neill, Esquire
22 West Front Street
Media, PA 19063

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                        SEP 1 2 2005
_____                      _____
CLERK                                                  DATE

_Evotte Wat____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-15-05 |
| NAME OF SERVER (PRINT) WANDA Taylor | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Delaware State Board of Education, left with DANi Moore

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-15-05   *Wanda Taylor*
              Date              Signature of Server

116 W. 38th St, Wilm, DE. 19802
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.