AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

R.W. A MINOR, individually, by and through
his parent and natural guardian SARAH WILLIAMS
AND SARAH WILLIAMS Individually

V.

**SUMMONS IN A CIVIL CASE**

DELAWARE Department ; EDUCATION et al
JOSEPH PIKA, VALERIA WOODRUFF
JEAN ALLEN; RICHARD M FARMER JR,
MARY GRAHAM ESQ, BARBARA RUTT
DENNIS SAVAGE, CLAIR BOUCHE D. SMITH
ANNE CASE; VALERIE WOODRUFF PERSONALLY
AND IN THEIR OFFICIAL CAPACITY
CHRISTINA SCHOOL DISTRICT AND CHRISTINA SCHOOL DISTRICT SCHOOL BOARD
JOSEPH WISE    FREEMAN WILLIAMS    BRENDA PHILLIPS, JAMES DURR, CONSTANCE MERLET
DAVID Sundstrom SHARON DEANY    GEORGE EVANS ESQ; BEVERLY HOWELL JOHN MACKENCIE
SANDRA COUNTLEY PERSONALLY AND IN    CECELIA SCHERER AND JOSEPH WISE PERSONALLY AND
                THEIR OFFICIAL CAPACITY    IN THEIR OFFICIAL CAPACITY

**CASE NUMBER:** 05-662

TO: (Name and address of Defendant)

CHRISTINA SCHOOL DISTRICT
600 N Lombard Street
Wilmington De 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA M. ONEILL ESQ
22 WEST FRONT STREET
MEDIA    PA 19063

2005 SEP 29 AM 11:3_

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

SEP 1 2 2005

CLERK    DATE

Evette Watson

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-15-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| WANDA Taylor | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Christina School District
JoANNA Gove, Secretary or Cheif of Staff

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-15-05                  Wanda Taylor
                    Date                           *Signature of Server*

116 W. 38th St, Wilm, DE, 19802
*Address of Server*

SEP 1 5 2005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.