AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

R.W. A minor, individually, by and through
his parent and natural guardian SARAH WILLIAMS
AND SARAH WILLIAMS individually

**SUMMONS IN A CIVIL CASE**

V.

Delaware Department of Education et al
JOSEPH PIKA, VALERIA WOODRUFF
JEAN ALLEN; RICHARD M FARMER JR,
MARY GRAHAM ESQ; BARBARA RUTT
DENNIS SAVAGE; CLAIR BOUENE D. SMITH
ANNE CASE; VALERIE WOODRUFF PERSONALLY
AND IN THEIR OFFICIAL CAPACITY
CHRISTINA SCHOOL DISTRICT AND CHRISTINA SCHOOL DISTRICT SCHOOL BOARD
JOSEPH WISE   FREEMAN WILLIAMS      BRENDA PHILLIPS; JAMES DURR; CONSTANCE MERLET
DAVID Sundstrom  SHARON DENNY       GEORGE EVANS ESQ; BEVERLY HOWELL JOHN MACKENUE
SANDRA COUNTLEY PERSONALLY AND IN   CECELIA SCHERER AND JOSEPH WISE PERSONALLY AND
          THEIR OFFICIAL CAPACITY   IN THEIR OFFICIAL CAPACITY

CASE NUMBER:  05-662

TO: (Name and address of Defendant)

Beverly Howell
Christina School District
600 N. Lombard St.
Wilmington, DC 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA M O'NEILL ESQ
22 WEST FRONT STREET
MEDIA, PA 19063

2005 SEP 29   AM 11: 33
DISTRICT OF DELA...

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              SEP 1 2 2005

_____        _____
CLERK                                    DATE

Evette Watson
_____
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-15-05 | |
| NAME OF SERVER (PRINT) WANDA TAYlor | TITLE | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *Christina School District*
JoANNA Gore, SecretAry of Cheif of StAff

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify): _____

_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL O | SERVICES O | TOTAL O |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9-15-05___     _Wanda Taylor_
                Date              Signature of Server

_116 W. 38th St, Wilm, DE. 19802_
Address of Server

SEP 1 2 2005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.