AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

23

R.W A minor, individually, by and through his parent and natural guardian SARAH WILLIAMS AND SARAH WILLIAMS individually

V.

DELAWARE Department of EDUCATION et al /
JOSEPH PIKA, VALERIA WOODRUFF
JEAN ALLEN, RICHARD M FARMER JR,
MARY GRAHAM ESQ; BARBARA RUTT
DENNIS SAVAGE, CLAIR BOUENE D. SMITH
ANNE CASE, VALERIE WOODRUFF PERSONALLY AND IN THEIR OFFICIAL CAPACITY
CHRISTINA SCHOOL DISTRICT AND CHRISTINA SCHOOL DISTRICT SCHOOL BOARD
JOSEPH WISE, FREEMAN WILLIAMS, BRENDA PHILLIPS, JAMES DURR, CONSTANCE MERLET
DAVID Sundstrom, SHARON DENNY, GEORGE EVANS ESQ, BEVERLY HOWELL JOHN MACKENZIE
SANDRA COUNTLEY PERSONALLY AND IN THEIR OFFICIAL CAPACITY, CECELIA SCHERER AND JOSEPH WISE PERSONALLY AND IN THEIR OFFICIAL CAPACITY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-662

TO: (Name and address of Defendant)

David Sundstrom
Christina School District
600 N. Lombard St
Wilmington, De 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA M O'NEILL ESQ
22 WEST FRONT STREET
MEDIA  PA  19063

2005 SEP 29 AM 11:34

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

_Evette Wats___
(By) DEPUTY CLERK

SEP 1 2 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-15-05 |
| NAME OF SERVER (PRINT) WANDA TAYLOR | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Christina School District — Joanna Gore - Secretary of Chief of Staff

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-15-05    *Signature of Server:* Wanda Taylor

*Address of Server:* 116 W. 38th St, Wilm, DE, 19802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.