# LAW OFFICES OF PATRICIA M. O'NEILL, P.A.
# PATRICIA M. O'NEILL, ESQUIRE

22 WEST FRONT STREET
MEDIA, PA 19063
Phone: 610-891-6668
Fax:    610-891-9799
ONEILLPMO@AOL.COM

5161 WEST WOODMILL DRIVE
WOODMILL OFFICE CENTER SUITE
WILMINGTON, DE 19808

October 3, 2005

The Hon. Kent A. Jordan
United States District Court
for Delaware District

BY: Electronic Filing

RE: 1:05-CV-662KAJ

Dear Judge Jordan,

I am writing to you regarding the injunctive relief requested in the Complaint identified above which was filed on September 12, 2005.

This case involves the issue of whether R.W., a student in the Christina School District, received his Due Process rights when removed from his school placement for more than ten days. Additionally, there is an issue of whether the District violated his rights as protected by the Equal Protection Clause of the United States Constitution because of disparate disciplinary action.

I respectfully request that you review the Complaint and order the injunctive relief requested and return this fourteen year old child to his regular educational complaint. During the time R.W. has been out of school, November 8, 2004, R.W. completed a marking period in an alternative placement, that is, homebound tutoring.

He further attended summer school during the past summer. Despite this, the District refuses to acknowledge what he completed and will not let him return to his regular educational placement, but want him to go the Compass School, an alternative school.

I have been contacted by Craig Fitzgerald, Esquire, Deputy Attorney General, who represents the State Board and its members. I understand he will be filing an answer in a timely manner. I also have been contacted by William Doerler, Esquire, White & Williams, who represents the District and it is also my understanding that he will be filing a timely answer.

Please let me know if there is any other information you may need.

Sincerely,

Patricia M. O'Neill