AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

R.W, A minor, individually, by and through
his parent and Natural guardian SARAH WILLIAMS
and SARAH WILLIAMS individually

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE Department of EDUCATION et al
JOSEPH PIKA, VALERIA WOODRUFF
JEAN ALLEN; RICHARD M FARMER JR,
MARY GRAHAM ESQ; BARBARA RUTT
DENNIS SAVAGE; CLAIR BOULENE D. SMITH
ANNE CASO; VALERIE WOODRUFF PERSONALLY
AND IN THEIR OFFICIAL CAPACITY
CHRISTINA SCHOOL DISTRICT AND CHRISTINA SCHOOL DISTRICT SCHOOL BOARD
JOSEPH WISE    FREEMAN WILLIAMS    BRENDA PHILLIPS; JAMES DURR; CONSTANCE MERLET
DAVID Sundstrom    SHARON DENNY    GEORGE EVANS ESQ; BEVERLY HOWELL JOHN MACKENUC
SANDRA COUNTLEY PERSONALLY AND IN    CECELIA SCHERER AND JOSEPH WISE PERSONALLY AND
THEIR OFFICIAL CAPACITY    IN THEIR OFFICIAL CAPACITY

CASE NUMBER: 05-662 KAJ

TO: (Name and address of Defendant)

Delaware Department of Education
State Attorney General's Office
8th French St.
Wilmington, De 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA M O'NEILL Esq
22 WEST FRONT STREET
MEDIA, PA 19063

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

CLERK

_Evette Walon_

(By) DEPUTY CLERK

SEP 1 2 2005

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/13/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| WANDA TAYLOR | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:  State Attorney General Office
KEITH BRADY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9-13-05___    _Wanda Taylor_
          Date          Signature of Server

_116 W 38th St Wilm DE 19802_
Address of Server

2005 OCT -4 AM 11:49
DISTRICT OF DELAWARE

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.