IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.W., a Minor, individually, by and through his parent and natural guardian Sarah Williams, and SARAH WILLIAMS, individually,<br><br>           Plaintiffs,<br><br>  v.<br><br>DELAWARE DEPARTMENT OF EDUCATION, VALERIE WOODRUFF, personally and in her official capacity as the Secretary of Education for the State of Delaware, STATE OF DELAWARE BOARD OF EDUCATION, Ph.D JOSEPH PIKA, JEAN ALLEN, RICHARD M. FARMER, JR., ESQ. MARY GRAHAM, BARBARA RUTT, DENNIS SAVAGE, CLAIRBOURNE D. SMITH, ANN CASE, VALERIE WOODRUFF, personally and in her official capacity as Members of the State Board of Education, CHRISTIANA SCHOOL DISTRICT, JOSEPH WISE, personally and in his official capacity as the Superintendent of the District, DAVID SUNSTROM, personally and in his official capacity as the Assistant Superintendent of the District, SANDRA COUNTLEY, personally and in her official capacity, SHARON DENNY, personally and in her official capacity, FREEMAN WILLIAMS, personally and in his official capacity, CHRISTIANA SCHOOL DISTRICT BOARD, BRENDA PHILLIPS, JAMES DURR, ESQ. GEORGE EVANS, BEVERLY HOWELL, CONSTANCE MERLET, JOHN MACKENZIE, CECILIA SCHERER, and JOSEPH WISE, all personally and in their official capacity as Members of the Christiana School District,<br><br>           Defendants. | Civil Action No. 05-662-KAJ |

**ORDER**

At Wilmington this **5th** day of **October, 2005,**

IT IS ORDERED that a status teleconference in the captioned matter has been scheduled for **October 7, 2005 at 10:00 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE