IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.W., a minor, individually by and Through his parent and natural guardian SARAH WILLIAMS, AND SARAH WILLIAMS, individually, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   C.A. No. 05-662-KAJ |
| THE DELAWARE DEPARTMENT OF EDUCATION et al. | ) ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

      PLEASE ENTER THE APPEARANCE of Deputy Attorney General Craig R. Fitzgerald on behalf of Defendants the Delaware Department of Education, the State Board of Education, Dr. Joseph Pika, Jean Allen, Richard M. Farmer, Jr., Mary Graham, Esq., Barbara Rutt, Dennis Savage, Dr. Claibourne Smith, Ann Case and The Honorable Valerie Woodruff.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

      STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Craig R. Fitzgerald
Craig R. Fitzgerald, I.D. #3730
Deputy Attorney General
102 West Water Street
Dover, DE 19901
(302) 739-7641
craig.fitzgerald@state.de.us

Date:   October 5, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on October 5, 2005, I electronically filed Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Patricia McHale O'Neil, Esquire.

/s/ Craig R. Fitzgerald
Craig R. Fitzgerald, I.D. #3730
Deputy Attorney General
102 West Water Street
Dover, DE 19901
(302) 739-7641
craig.fitzgerald@state.de.us