TO: THE HON. KENT A. JORDAN
FROM: Patricia M. O'Neill
RE: R.W. et.al. v Delaware Dept of Education, et.al.   1:05-cv-662
    Phone conference call-in phone numbers.


The call in phone numbers for the conference call scheduled for Friday, October 7, 2005 at 10:00 a.m. is :

        Dial –in number: 8668572280
        Passcode:     2138655.


Thank you,

Patricia M. O'Neill