# EXHIBIT 1-10

# [CONFIDENTIALLY FILED UNDER SEAL]