# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*William L. Doerler*
*Direct Dial: 302.467.4508*
*Direct Fax: 302.467.4548*
*doerlerw@whiteandwilliams.com*

October 10, 2005

**Via Hand Delivery and E-file**

The Honorable Kent A. Jordan
U.S. District Court for the
 District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> RE: **Williams, Sarah v. Christina School District**
>   **C.A. No. 05-CV-00662**

Dear Judge Jordan:

At the teleconference held by the Court on October 7, 2005, the Court scheduled a hearing on Plaintiff's request for expedited relief for November 7, 2005, at 9:00 a.m. David Sundstrom, the Assistant Superintendent at the School District and one of the witnesses we expect to call at the hearing, is unavailable on November 7, 2005 as he will be out of town. Consequently, we ask that the Court reschedule the hearing for another day that week. I am available all day November 9 and 10, and after 1:00 on November 11, 2005. If you would like me to file a formal motion to reschedule the hearing, please let me know.

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: *[signature]*
William L. Doerler

WLD:mw

cc: Patricia McHale O'Neill, Esquire, via E-file
    Craig Romond Fitzgerald, Esquire, via E-file
    Mr. David M. Sundstrom, via facsimile