IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

R.W., A Minor, individually, by and through    :
his parent and natural guardian SARAH WILLIAMS    :
and SARAH WILLIAMS, individually,    :
        PLAINTIFFS,    :
    :
    :
        V.    :
    :
    :
THE DELAWARE DEPARTMENT OF    :
EDUCATION; VALERIE WOODRUFF;    :
personally and in her official capacity as    :
the Secretary of Education for the State of    :
Delaware; THE STATE OF DELAWARE BOARD    :
OF EDUCATION; and JOSEPH PIKA, Ph.D.;    :
JEAN ALLEN; RICHARD M. FARMER, JR.;    :
MARY GRAHAM, ESQ.; BARBARA RUTT;    :    C.A. NO. 05-CV-00662
DENNIS SAVAGE; CLAIRBOARNE D.    :
SMITH; ANNE CASE; VALERIE WOODRUFF;    :    **E-FILE**
personally and in their official capacity as Members    :
of the State Board of Education; and    :    JURY TRIAL OF TWELVE
THE CHRISTINA SCHOOL DISTRICT; JOSEPH J.    :    DEMANDED
WISE, personally and in his official capacity as the    :
Superintendent of the District; DAVID SUNSTROM,    :
personally and in his official capacity as the Assistant    :
Superintendent of the District; SANDRA COUNTLEY    :
personally and in her official capacity; SHARON    :
DENNY, personally and in her official capacity;    :
FREEMAN WILLIAMS, personally and in his official    :
capacity; THE CHRISTINA SCHOOL DISTRICT    :
SCHOOL BOARD; BRENDA PHILLIPS;    :
JAMES DURR; GEORGE EVANS, ESQUIRE;    :
BEVERLY HOWELL.; CONSTANCE MERLET    :
JOHN MACKENZIE, CECELIA SCHERER; and    :
JOSEPH WISE; all personally and in their official    :
capacity as Members of the CHRISTINA    :
SCHOOL DISTRICT.    :
        DEFENDANTS.    :

**REDACTED
EXHIBITS 6-10 TO
ANSWER TO COMPLAINT**

-2-

WHITE AND WILLIAMS LLP


BY:

_____

WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.467.4508
*Attorneys for The Christina School District*
*Board of Education, Joseph J. Wise, David*
*Sunstrom, Sandra Countley, Sharon Denny,*
*Freeman Williams, Brenda Phillips, James*
*Durr, George Evans, Beverly Howell,*
*Constance Merlet, John Mackenzie and Cecilia*
*Scherer*

-2-