IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

| | |
|---|---|
| R.W., A Minor, individually, by and through his parent and natural guardian SARAH WILLIAMS and SARAH WILLIAMS, individually,<br>   PLAINTIFFS, | :<br>:<br>:<br>:<br>: |
| V. | :<br>: |
| THE DELAWARE DEPARTMENT OF EDUCATION; VALERIE WOODRUFF; personally and in her official capacity as the Secretary of Education for the State of Delaware; THE STATE OF DELAWARE BOARD OF EDUCATION; and JOSEPH PIKA, Ph.D.; JEAN ALLEN; RICHARD M. FARMER, JR.; MARY GRAHAM, ESQ.; BARBARA RUTT; DENNIS SAVAGE; CLAIRBOARNE D. SMITH; ANNE CASE; VALERIE WOODRUFF; personally and in their official capacity as Members of the State Board of Education; and THE CHRISTINA SCHOOL DISTRICT; JOSEPH J. WISE, personally and in his official capacity as the Superintendent of the District; DAVID SUNSTROM, personally and in his official capacity as the Assistant Superintendent of the District; SANDRA COUNTLEY personally and in her official capacity; SHARON DENNY, personally and in her official capacity; FREEMAN WILLIAMS, personally and in his official capacity; THE CHRISTINA SCHOOL DISTRICT SCHOOL BOARD; BRENDA PHILLIPS; JAMES DURR; GEORGE EVANS, ESQUIRE; BEVERLY HOWELL; CONSTANCE MERLET JOHN MACKENZIE, CECELIA SCHERER; and JOSEPH WISE; all personally and in their official capacity as Members of the CHRISTINA SCHOOL DISTRICT.<br>   DEFENDANTS. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. NO. 05-CV-00662<br>:<br>:<br>:<br>: FILED UNDER SEAL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

APPENDIX TO
ANSWERING BRIEF OF DEFENDANTS THE CHRISTINA SCHOOL DISTRICT BOARD OF EDUCATION, JOSEPH J. WISE, DAVID SUNSTROM, SANDRA COUNTLEY, SHARON DENNY, FREEMAN WILLIAMS, BRENDA PHILLIPS, JAMES DURR, GEORGE EVANS, BEVERLY HOWELL, CONSTANCE MERLET, JOHN MACKENZIE AND CECILIA SCHERER, IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Document | Pages |
|---|---|
| Complaint | B1-32 |
| Student Code of Conduct | B33-38 |
| Preliminary Incident Information | B39 |
| Statement | B40 |
| Incident Report | B41-42 |
| Plaintiff's stmt. | B43 |
| Kevin K. stmt. | B44 |
| Tyrone G. stmt. | B45 |
| Notice of Suspension | B46 |
| Still photographs from the tape are included in the Appendix | B47-67 |
| Police Report | B68-72 |
| Plea Agreement | B73 |
| Extension of Suspension | B74-75 |
| Summary of Building Level Conference | B76 |
| Request for Homebound Instruction | B77 |
| Alternative Placement Checklist | B78 |
| Alternative Placement Meeting Form | B79 |
| Letter from Dr. Countley dated Dec. 20, 2004 | B80 |
| Dec. 30, 2004 letter from Mother | B81 |
| Jan. 4, 2005 letter | B82-83 |
| letter dated January 27, 2005 | B84-85 |
| letter dated Feb. 1, 2005 | B86-88 |
| Intake meeting form dated Feb. 2, 2005 | B89 |
| Feb. 2, 2005, letter to Compass School | B90 |
| Feb. 7, 2005 letter | B91-92 |

| | |
|---|---|
| Feb. 10, 2005 letter from D. Sundstrom to Mr. Street | B93 |
| Feb. 25, 2005 letter to Compass School | B94-95 |
| Feb. 28, 2005 letter from T. Broadnx to Mother, including "revised" form | B96-99 |
| March 1, 2005 letter w/attachments | B100-101 |
| Apr. 11, 2005 letter to Mother | B102-103 |
| Board Minutes dated Apr. 12, 2005 | B104-110 |
| Apr. 20, 2005 letter from D. Sundstrom to Mother | B111-112 |
| Apr. 28, 2005 letter | B113-114 |
| Summons to mother and R.W. | B115-16 |
| May 13, 2005 letter, including "Written Argument on Behalf of [Plaintiff]" | B117-123 |
| June 1, 2005 letter from Mother | B124 |
| June 17, 2005 letter from C. Fitzgerald, DAG, including the June 16, 2005 decision of the State Board | B125-37 |
| Individual Student Goals Form | B138 |
| Affidavit of Dr. Moody | B139-41 |
| Affidavit of Defendant Denney | B142-149 |

WHITE AND WILLIAMS LLP

BY: /s/ William L. Doerler
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorneys for The Christina School District Board of Education, Joseph J. Wise, David Sunstrom, Sandra Countley, Sharon Denny, Freeman Williams, Brenda Phillips, James Durr, George Evans, Beverly Howell, Constance Merlet, John Mackenzie and Cecilia Scherer*

Date: October 21, 2005

DOCS_DE 117053v.1

**SEALED DOCUMENT (PAGES B1 TO B149)**