# CHRISTINA SCHOOL DISTRICT
## PRELIMINARY INCIDENT INFORMATION

E36 262.1

Form to be faxed (454-2368) to District Office

School **Shue-Medill MS**   Date of Incident **11/8/04**   Time of Incident: **7:35 am**

Person Preparing Report **Gina A. Moody**

Date of Fax **11/15/04**   Time of Fax **2:10 pm**

| Name of Person(s) Involved | Grade | Race/Sex | | Age | Special Ed. | Student/Staff | |
|---|---|---|---|---|---|---|---|
| R___ W___ (Suspect 3) | 8 | 2 | M | 13 | | ✓ | |
| Kevin K___ (Suspect 2) | 7 | 2 | M | 14 | | ✓ | |
| Nick M___ (Suspect 1) | 8 | 2 | M | 14 | | ✓ | |
| Antoine H___ | 8 | 2 | M | 14 | | ✓ | |
| Jeffrey L___ (Victim) | 8 | 5 | M | 13 | | ✓ | |

Description of Incident

Suspect 1 ripped victim's pants. Suspect 2 hit victim in cheek. Suspect 3 punched victim in eye, causing injury

Injuries **L___ - left eye - stitches necessary**

Date Contacted:   Police⇒   State **11/8/04**   Newark _____   Wilmington _____
   Fire Department _____   Ambulance _____

Date Contacted:   Educational Diagnostician _____

Will charges be filed? **Yes**

Action taken by school at this time:   In school suspension _____   Number of days _____
   Out of school suspension **✓**   Number of days **3 5**

Other actions: _____

Date/Time parent contacted   **11/8/04**   ≈   **8:00 am**
   Date   /   Time

If this is a repeat suspension what action was taken by staff to prevent subsequent actions?
_____

Administrator working with incident **Gina A. Moody**

NOTE: The information will be verified by a written report from the school. This information is presented as initial information – not to be considered "fact" until verified.

pl:9/12/03

B39

# STATEMENT

Date 11-8-04        Name Nick M▆▆

Others Involved R▆▆ (▆▆▆) Jeffery

Witness(es) Tyciqce F▆▆▆ Derrick N▆▆
Tyrone G▆▆ , Troy D▆▆

Where Event Occurred Homeroom 211 — Mr Frednck Class Room

STATEMENT OF FACTS

We were in homeroom and someone pulled the chairs on Jeff's roots and then I steped on them, then he got mad and stormed to his seat. [and They broke] on the way Jeff & Reggie Bumped in to each other and Reggie said Come on man and then let it go.
Then in the hall way people started smokin Jeff in the head.
Then when Jeff was walking in to Mrs. Fredrick's class he said something about a clean type to ▆▆ and ▆▆ got mad went in to the classroom + said something to him and then punched him in the face.

Incident Report:
Statement by Mr. Charles Carter, Dean of Students
November 9, 2004

Monday, November 8, 2004, R▮▮▮▮ W▮▮▮▮ was sent to my office by Dr. Moody. Once he arrived, I noticed he needed medical assistance. His hand was cut; I asked him what happened. He told me that he punched some boy in the face. I sent him to the nurse who then sent him back to me immediately without any assistance. I walked him back to the nurse and noticed once we arrived at the nurse's office that the student R▮▮▮▮ punched was in the nurse's office being treated for a laceration under his eye, bleeding profusely, for which the nurse stated he would require stitches to close. I escorted R▮▮▮▮ back to my office and we called his residence. I spoke to R▮▮▮▮ mother who did not want him to give me a verbal or written statement until she arrived. Jeffery's mother arrived at the school to take her son to Christiana Hospital and made a statement to me regarding her son and a problem he had last year. She stated that she hoped this wasn't in retaliation for going to court last week where another student was found guilty of assaulting her son last year, because the boy that assaulted her son is on her son's team this year. I explained to her that we would look into the incident and do everything we needed to do to find all parties involved and turn all information over to the detective and Dr. Moody.

Once the mother arrived, R▮▮▮▮ was taken to the nurse's office and treated. After treatment, the mother and student were brought back to my office. In my office, the mother spoke to R▮▮▮▮ in private to hear his side of the story. During this time, I was out of my office to give them privacy. Once they were finished, I returned to hear what R▮▮▮▮ had to say about the incident. "The boy bumped into me in homeroom....he stated that he was going to place a death wish on me." R▮▮▮▮ added, "I've heard that he's done this before." I explained to the mother that this was ludicrous that this boy has put a death wish on someone before because he wouldn't be in this school if that occurred. After further discussion, the mother allowed R▮▮▮▮ to give me a written statement. The mother also wanted to do a walkthrough of what occurred. We went to R▮▮▮▮ homeroom, room 211, Mrs. Molini, and did the walkthrough. We did the walkthrough, and R▮▮▮▮ showed me where he was sitting in relation to the other boy. It was very obvious that R▮▮▮▮ blocked the aisle so that Jeffrey could not get by. So it was obvious that Jeffrey may have brushed R▮▮▮▮ when he was moving to his seat. After this we went to room 205 where the incident took place. R▮▮▮▮ stated that Jeffrey made the statement about the death wish again. This is when R▮▮▮▮ punched Jeffrey in the eye.

I then concluded with the mother that I would look at the security cameras and that R▮▮▮▮ needed to be truthful because the cameras would tell us exactly what took place. Looking at R▮▮▮▮ schedule I then asked him why he was in room 205 when he was supposed to be in room 201. His response was that the boy said something to him so he went in and punched him in the eye. After lunch duty, Reverend Mayo and I reviewed the cameras and noticed that the boy had been hit twice, once in the hall by Kevin K▮▮▮▮ whom we picked up and interviewed. Kevin told us that the boy, Jeffrey, said

B41

that he was going to put a death wish on him and that's why he hit him. Kevin then explained that he told R▮▮▮▮ what the boy (Jeffrey) said and that's when R▮▮▮▮ walked into room 205 and punched Jeffrey in the eye the second time. As R▮▮▮▮ exited the room and entered the hallway he started giving high fives to Kevin K▮▮▮ and Nick M▮▮▮. Jeffrey ran out of the room to go to the nurse. We found out looking at the cameras that Nick M▮▮▮ was involved somehow, and after interviewing him, Nick stated to us that during homeroom he stepped on Jeffrey's pant's loops and ripped them purposely therefore creating the initial problem.

All statements and security footage that clearly depicted everyone's involvement were delivered to Detective Wysock and Dr. Moody

# STATEMENT

Date 11/8/04      Name [redacted]

Others Involved ,

Witness(es) Tyrone G[redacted], Tyrique H[redacted], DJ, Tony D[redacted]

Where Event Occurred: Mrs. Fredrick homeroom 205.

STATEMENT OF FACTS

In homeroom some boy ripped his pants so he got mad and rolled shoulders up against mine. I apologized and I said don't do that again. Then I was walking to my class when he said I have a def walk. Next when I went to the nurse, he was saying blood, blood, hit me in the nurse office. I

[signatures redacted]

B43

# STATEMENT

Date _November 8, 2004_    Name _Kevin K▓▓▓_

Others Involved _R▓▓▓_

Witness(es) _R▓▓▓_

Where Event Occurred _Hallway_

**STATEMENT OF FACTS**

Mr. ▓▓▓ was in the classroom and I heard that he put a death wish on ▓▓▓ and ▓▓▓ got mad and waited in the hallway for him they said ▓▓▓ was mad at the situation. Then the white boy walked on the side of the hallway and was like I'm a kill you, I'm a kill you. And I felt offended by that and swung my hand and hit him in his @head. Then ▓▓▓ hit him in his eye.

B44