# STATEMENT

Date: 11/8/04       Name: Tyrone g___

Others Involved: Kevin, meggie, nick

Witness(es): Tyrone and several other in Social Studies class

Where Event Occurred: Social Studies

**STATEMENT OF FACTS**

There was an event that happen in Mrs Fredrich classroom the beyond hallway but it started at Science when his pants got rip in homeroom but as he walked out they surround him it was reggie, kevin, nick. as he got in front of all of us Kevin say he is that nigga right there b the as Jese walked in to first period Kevin reached his hand over a couple of people and hit Jese in Jaw then he said that he is gone to give him a deaf wish the Mr. meggie came in and said Who are you talking to and Jese looked at him and something but when he sad something then they said he said he was going to put a deaf wise on him but he never stated who he was talking to and then reggie came in and said who are you talking to as he started to leave he cracked right below the left eye.



**CHRISTINA SCHOOL DISTRICT**
*Educating each student to succeed*

## NOTICE OF SUSPENSION

TO: Sarah W ▮▮▮

RE: ▮▮▮ ▮▮▮
Student's Last Name        First

SCHOOL: Shue Medill        GRADE: 8

This is to inform you that the above named student has been suspended from school for a period of **5** days and may not return to school until **11/10/04**

This action is being taken as a result of **Assault – Unarmed Area**

This suspension is based on the facts, which have been presented to me. Your child has been given an opportunity <u>to present his/her side of the story.</u>

During the time of this suspension the student:
    a.    is not to be on school property, including the school grounds.
    b.    may not attend or participate in any school activity.

A conference with the school staff has been scheduled at **Shue** on **Nov. 10/04**
Please call the school to confirm your attendance.

If you wish to appeal the suspension, you must notify the school principal immediately. If you are unable to resolve your concerns with the principal, the next level of appeal is to the District Office. For elementary appeals please contact 454-2525 and for secondary appeals please contact 454-2557. Appeal to the District Office must be done within one day following the verbal notification.

_G.A. Moody_      **454-2171 Ext #113**      **11/8/04**
Signature of Administrator      Telephone Number      Date

I have been given an opportunity to tell my side of the story

X) ▮▮▮      **11/8/04**
Signature of Student      Date

**NOTE: IF SUSPENSION IS A RESULT OF A VIOLATION INVOLVING WEAPONS OR DRUGS, THIS LETTER IS FORMAL NOTIFICATION AS REQUIRED BY HB651.**

Cc:    Principal
        Parent
        Student
        File

Form 243
Rev; 5/02

B46

