ONT ENTRY.    Mon Nov 08 07:34:29 2004 (211/08/04 07:34:10 AM



Suspect

Victim

RONT ENTRY    Mon Nov 08 07:34:29 2004 (211/08/04 07:34:13 AM

2nd Fl Front Hall
11/08/04 07:34:13 AM

Suspect      Victim

B49

D FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:34:14 AM



Suspect attack victim in this area

Victim walks away