ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:34:16 AM



2nd Floor Hall 204
11/08/04 07:34:16 AM

Victim walks to class

B51

) FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:34:17 AM



Victim walks into class

2ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:04 AM



Lookers

B53