D FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:06 AM



2ND FLOOR FRONT HALL Mon Nov 08 07:35:53 2004  11/08/04 07:35:09 AM



Victim runs out of class

B55

2ND FLOOR FRONT HALL Mon Nov 08 07:35:53 2004    11/08/04 07:35:11 AM



Victim HEAD is down

B56