ND FLOOR FRONT HALL Mon Nov 08 07:35:53 2004  11/08/04 07:35:12 AM



Victim

B57

ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:16 AM



Suspect ATTack victim in the Class Room

B58

ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:17 AM



Suspect

B59