2ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:17 AM



Victim

D FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:18 AM



Suspect

B61

ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:19 AM



Victim
RUNS
to the
NURSE OFFICE

B62