FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:20 AM



Suspect

B63

ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:21 AM



Suspect

ID FLOOR FRONT HALLMon Nov 08 07:35:53 2004  11/08/04 07:35:22 AM



Victim runs down to the nurse

B65