ND FLOOR FRONT HALL Mon Nov 08 07:35:53 2004  11/08/04 07:35:27 AM



ND FLOOR FRONT HALLMon Nov 08 07:35:53 2004 11/08/04 07:35:32 AM



1st suspect Running

B67