| Report Date: 11/12/2004 | Agency: TROOP 2 STATE POLICE | Complaint: 06-04-128164 |
|---|---|---|

## Crimes and Associated Information

| Location Type: School/College | Status: Pending-Active | Involvement: ☐ Alcohol ☐ Drugs ☐ Computer | General Offense: CNSP - Conspiracy to Commit |
|---|---|---|---|
| Suspected Hate/Bias: ☐ Yes ☒ No - N/A | Crime Code: 13194E - Simple Assault/Non-Family/Other Assaults/Non-Aggravated | | |
| Military Force Involved: ☐ Yes ☐ No | Weapon/Force Used: Personal Weapons Hands/Feet | | |

## Victim - Suspect/Defendant Relationships

| Victim - 001: ▇▇▇, JEFFREY C | Suspect/Defendant - 001: M▇▇▇, NICHOLAS B | Victim Offender Relationship: Relationship Undetermined |
| Victim - 001: ▇▇▇, JEFFREY C | Suspect/Defendant - 002: K▇▇▇, KEVIN A | Victim Offender Relationship: Relationship Undetermined |
| Victim - 001: ▇▇▇, JEFFREY C | Suspect/Defendant - 003: W▇▇▇, R▇▇▇ | Victim Offender Relationship: Relationship Undetermined |

## Investigative Narrative

On MO 110804 I was notified by the school that the V had been assaulted and his mother responded to the school to take him to the hospital.

On WE 111004 the V and V's mother responded to the school and contacted be reference the incident. See statement section for the V's statement.

The V's mother advised that she wants these sus's arrested for doing what they did to her ▇▇▇.

The V did provide a copy of the V's medical report from Christiana Hospital and the diagnosis was: contusion to face and head, laceration under right eye, and tetanus booster.

All three sus's have been suspended from school.

Sus 3's mother (Sarah W▇▇▇) did respond to Shue on WE 111004 and contacted me reference the incident. Ms. Williams stated that she does not condone her son's actions for hitting the ▇▇▇ but she is concerned about the V making statements of putting a death wish on her son. Ms. ▇▇▇ advised that she would call me on MO 111504 to tell me when she can meet me at Troop ▇ for the processing and warrants for her son.

Case will be pending upon obtaining warrants for all three sus's. Supplement to follow.

## Statement of Victim 001 - JEFFREY C▇▇▇

On WE 111004 the V (Jeffrey L▇▇▇) and his mother responded to Shue Middle School and contacted me reference the incident on MO 110804.

The V stated that he was in his homeroom class (room #211) during announcements when sus 1 (Nicholas M▇▇▇) pulled on his chains that were attached to his pants. The V stated that he told sus 1 to stop. The V advised that while he was standing at his locker sus 1 then stepped on the chain (right leg) ripping the string off from the pants and his foot did hit the back of his leg.

B68

The V advised that while he was walking in the hallway, on his way to first period, sus 2

| Reporting Officer: SENNET-WYSOCK - 933 4 | Pending Supervisory Review: |
|---|---|

| ge: 4 | Report Date: 11/12/2004 | Agency: TROOP 2 STATE POLICE | Complaint: 06-04-128164 |
|---|---|---|---|

## Statement of Victim 001 - JEFFREY C L▓▓▓▓ - Continued

(Kevin K▓▓▓▓) smacked him in the face (cheek area). The V stated that he was sitting in his seat, for first period, when sus 3 (R▓▓▓▓ W▓▓▓▓) stood in front of him and said something (didn't hear what sus 3 said) and hit him with his right fist.

The V stated that he got him by the right eye and as soon after he got hit he saw blood and ran out of the class room, to go to the nurses office.

## Statement of Suspect 001 - NICHOLAS ▓▓▓▓

On MO 110804 sus 1 (Nicholas M▓▓▓▓) gave a written statement to the school of the incident and it was the following:

We were in homeroom and someone pulled the chains on Jeff's pants and then I steped on them and they broke. Then he got mad and stormed to his seat and on the way Jeff and R▓▓▓▓ bumped into each other and R▓▓▓▓ said come on man and then let it go. Then in the hallway people started smakin Jeff in the head. Then when Jeff was walking into Mrs. Fredrick's class he said somthing about a death treat to R▓▓▓▓ and R▓▓▓▓ got mad went into the classroom and said somthing to him and then punched him in the face.

## Statement of Suspect 002 - KEVIN ▓ K▓▓▓▓

On MO 110804 sus 2 (Kevin K▓▓▓▓) gave the school a written statement of the incident and it is the following:

Me, R▓▓▓▓ was in the classroom and I heard that he put a death wish on R▓▓▓▓ and R▓▓▓▓ mad and waited in the hallway for him.. Trey said R▓▓▓▓ was mad at the situation. Then white boy walked on the side of the hallway and was like I'm a kill you, I'm a kill you. and I felt offended by that and swung my hand and hit him in his head. Then R▓▓▓▓ hit him in his eye.

## Statement of Suspect 003 - R▓▓▓▓ W▓▓▓▓

On MO 110804 sus 3 (R▓▓▓▓ W▓▓▓▓) gave a written statement to the school of the incident and it was the following:

In homeroom some boy ripped his pants so he got mad and rubbed shoulder up against mine. I responded and I said dont do that again. Then I was walking to my class when he says I have a if wish. Next when I went to the nurse he was saying bleed, bleed, hit me in the nurse office.

B69

| g Officer PL SENNET-WYSOCK - 933 4 | | Pending Supervisory Review: | | | |
|---|---|---|---|---|---|
| ective Notified | | Referred To | | | |
| vability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Identified | Status **Has Follow Up** |

# TROOP 2 STATE POLICE

## Supplemental Report

Complaint: 06-04-128164

| Original Occurrence Dates and Times: | Grid | Sector |
|---|---|---|
| MON 11/08/2004 0725 thru MON 11/08/2004 0735 | 070-364 | 62 |

Original Location: Capital Shue-Medill Middle School, Newark, DE 19711

### Original Victim Information

| Victim Number | Name |
|---|---|
| 01 | L——— JEFFREY C |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | White | Non-Hispanic | 13 | 04/10/1991 |

| Address | Resident Status | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| | Non Resident | | SHUE-MEDILL MIDDLE SCHOOL 1550 Capital Shue-Medill Middle School Newark, DE 19711 | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☒Yes ☐No | ☐Yes ☒No | |

### Original Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 1 | Suspect | 00533268 | M——— N——— S B | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | Black | Non-Hispanic | 14 | | 5' 06" | 150 | | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice/Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Black | | | | | | | |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| | | SHUE-MEDILL MIDDLE SCHOOL 1550 Capital Shue-Medill Middle School Newark, DE 19711 | |

| Arrest Number | Suspect's Clothing Description |
|---|---|
| | |

Parent/Guardian Information: ENELL M———
Same Address as Suspect
Parent Telephone:

### Original Crime and Associated Information

| Crime Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| | 001 | DE:11:0611:0001:M:A | Assault Third Degree |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| School/College | Pending-Active | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 13194E - Simple Assault/Non-Family/Other Assaults/Non-Aggravated |

| Burglary Force Involved | Weapon/Force Used |
|---|---|
| ☐Yes ☐No | Personal Weapons Hands/Feet |

### Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| | Witness | B——— CRISTEN | Female | White | 15 | 07/22/1989 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| | | SHUE-MEDILL MIDDLE SCHOOL 1550 Capital Shue-Medill Middle School Newark, DE 19711 | |

Parent/Guardian Information: YCE B———
Same Address as Witness
Parent Telephone:

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| | Witness | C——— TYRRONE | Male | Black | 14 | 01/10/1990 |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| | (302) 250-0851 | SHUE-MEDILL MIDDLE SCHOOL 1550 Capital Shue-Medill Middle School Newark, DE 19711 | |

Parent/Guardian Information: RIL G———
Same Address as Witness
Parent Telephone:

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| | Person Contacted | C——— CHARLES | Male | Black | | |

B70

Reporting Officer: SENNET-WYSOCK - 933 001     Pending Supervisory Review

## Witness Information

| | Home Telephone (302) 454-2171 | Employer/School SHUE-MEDILL MIDDLE SCHOOL 1550 Capital Shue-Medill Middle School Newark, DE 19711 | Work Telephone (302) 454-2171 |

ress 50 Capitol TRL wark, DE 19711

### Investigative Narrative

On MO 111504 I received W1 (Cristen B████) and W2's (Tyrone G████) written statements from e incident on MO 110804, see statement section.

I did speak to the A.G.'s office on FR 111204 reference the incident and they (Rhonda D████) rised me to charge sus 1 (Nicholas M████) and sus 2 (Kevin Knight) with assault 3rd and ispiracy, since they were seen on the video cameras standing at the door and watching sus 3 ████ W████) punch the V (Jeffrey L████) in the face and then give sus 3 high fives er hitting the V (in the hall by the doorway).

ase is still pending due to obtaining warrants for the sus's.

upplement to follow.

### Statement of Witness 001 - CRISTEN B████

n MO 111504 I was given a written statement from W1 (Cristen B████), which she gave to the ool, and it was the following:

walked in the class and put my things down like always and then Jeffrey said something ut giving someone a death wish and R████ heard it and punched Jeffrey in the eye and said w's that for a death wish?' Jeffrey looked over at him and said 'I wasn't even talking ut you.' Then I looked over at Jeffrey and he started bleeding from his eye.

### Statement of Witness 002 - TYRRONE G████

n MO 111504 I was given a written statement from W2 (Tyrone G████), which he had given to school, and it was the following:

here was an event that happen in Mrs Fredrick class on the leporad hallway but it started science when his pants got rip in homeroom but as he walked out they surround him it was gie, Kevin, Nick. As he got in front of all of us Kevin say yo B that nigga right there b as Keff walked in to first period Kevin reached his hand over a couple of people and hit f in the jaw then he said that he is gone to give him a deaf whish. Then Mr. Meggie came and said who are you talking to and Jeff looked at him and something but when he sad ething then they said he said he was going to put a deaf wife on him but he never stated he was talking to and then Reggie came in and said who are you talking to as he started to ve he cracked right below the left eye.

ll the mis-spellings are his)

### Statement of Witness 003 - CHARLES CARTER

received a written statement from PC1 (Mr.Carter, Dean of Students) reference the incident ᴏ 110804 and it was the following:

B71

ng Officer
SENNET-WYSOCK  - 933 001    Pending Supervisory Review

## Statement of Witness 003 - CHARLES CARTER - Continued

Monday, November 8, 2004, R█████ W█████ was sent to my office by Dr. Moody. Once he arrived, I noticed he needed medical assistance. His hand was cut; I asked him what happened. He told me that he punched some boy in the face. I sent him to the nurse who then sent him back to me immediately without any assistance. I walked him back to the nurse and noticed once we arrived at the nurse's office that the student Reginald punched was in the nurse's office being treated for a laceration under his eye, bleeding profusely, for which the nurse stated he would require stitches to close. I escorted R█████ back to my office and we called his residence. I spoke to R█████ mother who did not want him to give me a verbal or written statement until she arrived. Jeffery's mother arrived at the school to take her son to Christiana Hospital and made a statement to me regarding her son and a problem he had last year. She stated that she hoped this wasn't in retaliation for going to court last week where another student was found guilty of assaulting her son last year, because the boy that assaulted her son is on her son's team this year. I explained to her that we would look into the incident and do everything we needed to do to find all parties involved and turn all information over to the detective and Dr. Moody.

Once the mother arrived, R█████ was taken to the nurse's office and treated. After treatment, the mother and student were brought back to my office. In my office, the mother spoke to R█████ in private to hear his side of the story. During this time, I was out of my office to give them privacy. Once they were finished, I returned to hear what Reginald had to say about the incident. "The boy bumped into me in homeroom... he stated that he was going to place a death wish on me." R█████ added, "I've heard that he's done this before." I explained to the mother that this was ludicrous that this boy has put a death wish on someone before because he wouldn't be in this school if that occurred. After further discussion, the mother allowed R█████ to give me a written statement. The mother also wanted to do a walkthrough of what occurred. We went to R█████ homeroom, room 211, Mrs. Molini, and did the walkthrough. We did the walkthrough, and R█████ showed me where he was sitting in relation to the other boy. It was very obvious that R█████ blocked the aisle so that Jeffrey could not get by. So it was obvious that Jeffrey may have brushed R█████ when he was moving to his seat. After this we went to room 205 where the incident took place. Reginald stated that Jeffrey made the statement about the death wish again. This is when Reginald punched Jeffrey in the eye.

I then concluded with the mother that I would look at the security cameras and that R█████ needed to be truthful because the cameras would tell us exactly what took place. Looking at R█████ schedule I then asked him why he was in room 205 when he was supposed to be in room ███. His response was that the boy said something to him so he went in and punched him in the ███. After lunch duty, Reverend Mayo and I reviewed the cameras and noticed that the boy had been hit twice, once in the hall by Kevin K█████, whom we picked up and interviewed. Kevin told us that the boy, Jeffrey, said that he was going to put a death wish on him and that's why he hit him. Kevin then explained that he told R█████ what the boy (Jeffrey) said and that's when R█████ walked into room 205 and punched Jeffrey in the eye the second time. As R█████ exited the room and entered the hallway he started giving high fives to Kevin K█████ and Nick M█████. Jeffrey ran out of the room to go to the nurse. We found out looking at the cameras that Nick M█████ was involved somehow, and after interviewing him, Nick stated to us that during homeroom he stepped on Jeffrey's pant's loops and ripped them purposely therefore creating the initial problem.

B72

# IN THE FAMILY COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE )
In the interest of: )
)
~~[redacted] Williams~~ ) Case No.(s) 0411009971
)
Respondent )

## PLEA AGREEMENT

Respondent will plead guilty to:
Assault III
Perjured 1/6/d[?]/[?]

State will enter a Nolle Prosequi on:
RPA Cnsp III
OJ [illegible]

State will recommend:
Indict. Commt. level I s+p for
1 Year level II (SCT)
w/A  Slow down at disc. of prob.
4 hours of comm. serv.

Other agreement:
No contact w/ Jeffrey L[redacted] or co-Ds
M[redacted] K[redacted] or Antoine H[redacted]
Restit to (u) 1/6/d's vim p N[?] of plea
Bully worksheet

_____  _____
Attorney for Respondent   Deputy Attorney General
                                          B73
Date: 12/8/04

cc: Family Court
    Attorney General        X _____
    Attorney for Respondent   Respondent
    Respondent
                            X _____
                              Parent/Guardian of Respondent

n 332 (Rev. 2/03)



# EXTENSION OF SUSPENSION



19 November 2004
Date

Dear Parent:

Your child has been involved in an offense, which will result in alternative placement or expulsion. Therefore, the Superintendent's Designee has authorized an additional five-day suspension for your child. The five-day suspension includes the following dates: _NOV 22, 23, 29, 30 + Dec. 1_____.

The student is scheduled for an alternative placement meeting on the following date: _Dec 2 8am_  _Dec 13 9:30 am_ If the student is recommended for expulsion, the District Office personnel will contact you to schedule a time for the expulsion hearing.

If the process is not completed by the 11th day of suspension, special education instruction will be provided for your child, but your child may not return to school until after the District meeting or hearing is completed. He/she may not be present on school property or attend any school activity. Your child may make up missed work during a suspension.

If you have any questions you may contact the school office.

Sincerely,

_Gina A. Mordy_____                    _19 November 2004_____
Signature of Administrator                           Date

Cc:   Principal, Parent, Student, File

SL:pl
Rev:12/96;R12/98;R9/99                                                                B74

## APPENDIX 1 (Continued)

### Referral to the Courts

Referral to the Courts is the filing of a charge of an alleged illegal action with the Courts having jurisdiction.

### Removal from Class

A teacher may remove a student from class for the remainder of the class period when the student's conduct is seriously disruptive and informal resolution is impractical. Exclusion may not exceed one class period. The student must be sent to a supervised area designated by the principal.

An administrator may temporarily remove a student from class if the student's continued attendance in a particular class causes serious disruption of the educational process or presents immediate danger of physical harm to either the student or others. Removal from class by an administrator shall not exceed five (5) school days; however, a student may be permanently removed from a particular class after repeated infractions.

### Reprimand

A reprimand is a written or verbal notification of unacceptable behavior.

### Restitution/Restoration

Restitution/Restoration is the payment for and/or restoring of property or articles, which have been damaged, lost, or stolen.

### Suspension

Suspension is a student's temporary exclusion from regular school attendance and activities by an administrator for a period not to exceed five (5) consecutive school days. Suspensions of five to ten days requires the Superintendent's/Designee's approval. Students are eligible to make up missed assignments.

### Work Assignment

A work assignment is an assigned task, which must be completed by the student in the time specified by the administrator. When possible and appropriate a work assignment should be related to the offense. This could also include community service under adult supervision.

B75

## SUMMARY OF BUILDING LEVEL CONFERENCE

**Student Name:** R[redacted] W[redacted]  **Date of Conference:** 12-2-04

**Parent/Guardian Name:** Sarah W[redacted]  **Date of Incident:** 11-8-04

**School:** Shue-Medill M.S.  **Time of Conference:** 8:20 am

**Attendees:**

| Name | Role | |
|---|---|---|
| Sarah W[redacted] | Mother | Sarah [signature] |
| Dr. Freeman Williams | Dist. Liaison | Free W[signature] |
| Dr. Gina Moody | Asst. Princ. | Moody |
| Mary Ann Sley | Mary Ann Sley 8th gr. Guidance | |
| Charles A. Carter | Dean of Students | [signature] |

**DISCUSSION OF INCIDENT:** (Summary of comments from parent, student, and administrator) List evidence discussed.

- Ms. W[redacted] - Concerned about Shue staff not implementing Code of Conduct/Dress Code; Code of Conduct should be implemented consistently.
- Dr. Moody - To focus on what R[redacted] did, we had to follow the Code as a Level 3 offense.
- Dr. Williams - Dress Code "infraction" is irrelevant; we need to discuss R[redacted] actions

**STUDENT/PARENT/GUARDIAN COMMENTS**

Ms. W[redacted] - R[redacted] is involved in many community activities, he's compassionate; he has shown remorse. Asks for us to give son another chance to redeem himself. Willing for R[redacted] to do community service, write essay. He made big mistake - should not be penalized

**SPECIAL NOTES:**  • Unusual circumstances   • Other comments

**RECOMMENDATION** Refer case to District for review

**Administrator Signature:** Gina A. Moody

SL:pl

B76



# REQUEST FOR HOMEBOUND INSTRUCTION

Please Circle Appropriate Category: **(REGULAR ED)** SPECIAL ED  DISCIPLINE  MEDICAL

Student's Name: R_____ W_____    Circle: **(Male)** Female

Student's Parent/Guardian: Ms. Sarah W_____

Student's Home Phone: ■■■    Emergency Phone: ■■■

Parent Work Number: ■■■    Other Phone: _____

*Note: An Adult 21 or older MUST be present at home during tutoring.*

Student's Address: ■■■

Development: _____    City: ■■■    Zip: ■■■

Student's Date of Birth: ■■■    Age: ■■■    Grade: 8

School Attending: Shue-Medill Middle    Phone: 454-2171 x212

Date Homebound Begins: ASAP    Approximate End Date: undetermined

Subjects Required and Number of Hours:
Lang. Arts    8
Math          8
Science       8
Soc. St.      8

School Contacts – Teacher's Names, Subjects and Email Addresses & Phone Number:
Mrs. Molini   454-2171 x177  (team contact)

Primary Contact for Curriculum/Materials for Student: Mary Ann Sley    Phone: 454-2171 x212

Physician's Signature: _____
Diagnosis and Recommended Length of Time Out of School: _____

* Homebound Instruction is being requested and authorized by Dr. Freeman Williams. He has authorized this request to begin immediately. thank-you, M. Sley 12/2/04

_____ Approved    _____ Not Approved

Authorized Signature _____    Date _____

Revised - August 29, 2003    B77



Total # days suspended — 10
GPA —

## Alternative Placement Checklist Coversheet

Student Name: R█████ W█████   DOB: ███   Current Age: ██
School: Shue-Medill MS   Race: 2   Grade: 8   Sex: M
Parent(s)/Guardian(s): Sarah W█████
Address: ████████████
Telephone: (H) ████████ (W) ████████   Best Time to Contact: ____
Date of Incident: November 8, 2004   Date Suspension Ends: ____

**REASON FOR REFERRAL** Briefly describe the incident(s) responsible for alternative placement request:
Assault, Conspiracy

House Bill Incident Yes ✓   No ___   Information put on DSC ____ (Date)
Student's State Identification Number 986700

| ✓ | Regular Education – Items which must be attached: | ✓ | Special Education – *If **not related** to handicap attach these items in addition to left column. |
|---|---|---|---|
| ✓ | Incident Report | | Current I.E.P. |
| ✓ | Suspension letter | | Building Meeting Notice |
| ✓ | Most recent report card | | Manifestation Determination Form |
| ✓ | Copy of Cumulative Record Card or last Year's report card | | Most recent psychological |
| ✓ | Present grades in all classes | | If referral is related to handicap condition… the building MDT must invite Special Services personnel to attend the Meeting to review placement |
| | Topics being covered in each subject | | |
| ✓ | Attendance Record for Present Year | | |
| ✓ | School History Record | | |
| ✓ | Current Year Discipline Summary | | |
| ✓ | Building Level Conference Summary | | |
| N/A | S.S.H.S. Student Case History Summary | | |
| ✓ | Immunizations | | |
| N/A | Copy of I.I.P. (if applicable) | | |
| ✓ | D.S.T.P. Scores Printout | | |

Is the student identified as special education? ✓ No   ___ Yes  If so, what classification? ____
Was the student ever tested for special education? ✓ No   ___ Yes  If so, when? ____
Is there documentation that the student is ADD/ADHD? ✓ No   ___ Yes  If so, attach appropriate data.
Is there an accommodation plan? ✓ No   ___ Yes  If so, attach a copy

_Anne A. Moody_                               December 8, 2004
Administrator Signature                                Date

Note: The Alternative Placement Committee review **will not be scheduled without the above information.** The Alternative Placement Meeting **must** take place before the tenth day of suspension for Level III referrals.

### SUMMARY OF BUILDING LEVEL CONFERENCE

B78

Compass —

## ALTERNATIVE PLACEMENT MEETING FORM

Student Name: R███████ W███████   Date: 12/10/04

D.O.B.: ███   Sex: ███   Race: 2   Grade: 8   School: Shue-Medill

Age: ███   State ID#: ███

Parent/Guardian Name: Sarah W███████   Phone: ███

Address: ███

| ATTENDEES | | | Yes | No |
|---|---|---|---|---|
| SANDRA COUNTLEY | Jea Street | Arrest | ✓ | |
| ~~FREEMAN WILLIAMS~~ | Gina Moody | Pending | | |
| ~~PHIL KEEFER~~ | Character Witness | Court Date | | |
| Reginald Williams | Coach Vincent Coleman | | | |
| Sarah Williams | Coach Dave Carter - Athletic Dir. Neighborhood House | | | |

Reason for Referral: Assault upon student

Summary of Meeting: 3 students involved. The victim said something that R███ didn't like, and R███ punched the young man in his eye. R███'s hand was injured. "Jeff pushed R███. A boy hit him in his face. Jeff looked at him. Jeff said, he was going to put a death wish on me." "I punched him in his eye."

Academics: ___

Attendance: ___   Discipline: ___

Outside Agencies: Neighborhood H West End - basketball team 4 yrs according to Coach Vincent + Coach Dave Carter; Ryyne

Probation Officer: ___

Medications: Chronic Asthmatic

Student Goals at Alternative Placement

Decision making skills ✓   Socially acceptable behaviors ✓
Anger management ✓   Academic Improvement ✓
Compliance to rules ✓

Home school follow-up (Person) responsible: G. Moody

Program placement recommendation: Compass School

Date of first review of placement: end of 3rd marking period

Date started at alternative program: 12/04

...never fights. This is the first time this has ever happened. Deaths in family back to back for last 7 months. "Death wish" incident had great impact. The boys involved were not friends of his.

B79