*34 Parkway Circle*
*New Castle, DE 19720*
*Phone (302) 322-8512*
*Fax: (302) 322-8514*
*E-mail: compassschool@aol.com*
*www.afriendofthefamily.com*

# The Compass School

*[handwritten, upper right:]*
*Cobblestone*
*Kalimille*
*Compass*
*1 5½ dgs in*
*Brownbird*

Date: _2 / 2 / 05_

Student Name: _R█████ W█████_

Purpose of Meeting: _Intake_

In attendance:

| Name | Relationship to student |
|------|------------------------|
| Nicole M Randick | Family Interventionist |
| S███ W█████ | Mother |
| R█████ W█████ | |
| Sin Caire | Site Supervisor |
| Shawn d King | CSD Transition Coordinator |

B89

Compass School



Sarah W████

████████████

February 2, 2005

Re; R████W████████
Civil Rights/ Due process
Discrimination

Dear Director,
    I Sarah W████ the mother of R████ W████ hereby inform the Compass School that me and my son has been denied due process for the placement of my son in the Compass School by the Christina School Board. The Christina School has not follow their own procedures and their procedures are in conflict with there own procedures and are in clear violation of <u>State and Federal laws</u>. Due to clear violation of due process and the acts of discrimination against my son and his mother for excising our appeal rights I will be filing a civil action in Federal District Court while the Christina School District mandated his placement into Compass School Alternative Program which he has been deprive of due process. My son R████ W████ has been deprived of a public education since November 8, 2004.

Sincerely,

*Sarah W████*

Sarah W████

FEB - 3 2005

CHIEF OF STAFF
OFFICE

B90

# Hilltop Lutheran Neighborhood Center, Inc.

1018 WEST SIXTH STREET    WILMINGTON, DELAWARE 19805
(302) 656-3224
FACSIMILE: (302) 656-3130

FEB 2 2 2005

CHIEF OF STAFF
OFFICE

FEB 1 4 20~

February 7, 2005

Via Facsimile and U. S. Mail

Mrs. Brenda Phillips
President, Christina Board of Education
83 E. Main Street
Newark, Delaware

RE:  R████ W███████

Dear Mrs. Phillips,

This letter is an appeal to the Christina Board of Education regarding the placement of R██████ W████████ into a so-called Alternative School.  I have attached for your information copies of letters from Dr. David Sundstrom to Mrs. Sarah W███████ and I dated January 27, 2005 and February 1, 2005.  At best, the letters are non responsive to my request for a hearing and the concerns set forth in my letter.

The fact of the matter is that I asked for a hearing and to date there has not been a formal hearing as required by procedural due process.  Most importantly, R███████ has been out of school since November 8, 2004 without a hearing.  The limited home bound instruction he was receiving abruptly ended January 27, 2004 when R████████ was placed in the so called alternative school without a hearing by Dr. Sundstrom.  At this point, the Districts conduct in this matter is intolerable.  The intolerable conduct includes but is not limited to:

1.  Removal of R████████ from the regular school setting without a formal hearing.
2.  Denial of my request for a hearing after over thirty days.
3.  An effort not to have me represent the student as Dr. Sundstrom had the unmitigated gull to meet with Mrs. W████████ without me being notified and/or invited to the meeting.  This recalcitrant conduct is fundamentally unfair to the students right to be represented.

At this point, the record should be made clear about a couple of things.  First, Mrs. W████████ made a visit to the so-called alternative school on/or around February 1, 2005 and was appalled at what she heard and observed.  She has reported to me that throughout her visit, students at the so-called school were engaged in repeated diatribes of profanity with virtually no discipline for their outrageous conduct.  Further, the facility operated as a prison with all doors being locked.  In Mrs. W████████'s view, the so-called alternative school is a mini prison with children out of control and no learning taking place.  Assuredly, you can understand why she looks upon the so-called alternative school as a detriment to her son's academic and social development and she is refusing the placement accordingly.

Dr. Sundstrom made reference to my accusation that R████████'s right to privacy was violated and he had the unmitigated gull to be presumptions about it.  The fact is, there isn't a

B91

scintilla of a reference in my letter about ████████ being observed on video as a violation of his privacy. The fact is, I was referring to school officials discussing ████████ case and purported outcomes with other students. Ironically, if a hearing were held for ████████ the specifics of the allegation would have been discovered by a fair and impartial hearing officer.

By copy of this letter to the State Board of Education, I am notifying them that there are disparate procedures among the School Districts in New Castle County in regard to procedural due process. For example, the Brandywine District requires (as I believe is appropriate) that all children recommended for alternative school receive a formal hearing whereas Christina does not. Therefore, children in the City of Wilmington continue to be subject to different disciplinary standards and practices that I believe are fundamentally unfair. In the instant case, ████████ is being denied a <u>free an appropriate</u> education as required by law. Further, he is now subject to double jeopardy as the Court has imposed its punishment in this case with the expectation that ████████ remain in school. However, he is still out of school and the District's delays in <u>this</u> case continue to disenfranchise Reginald's education.

The District's failure to respond to this request for an appeal will leave me no recourse other than to seek relief elsewhere including the State Board of Education and other educational authorities. I am further requesting that ████████ be reinstated in school or that homebound instruction be provided pending outcome of the formal hearing.

Finally, I am appalled by the statement contained in next to the last paragraph of Dr. Sundstrom's January 27, 2005 letter to Mrs. W████ wherein he misinterprets the code saying that "this decision is final". Since when has the word of an Assistant Superintendent been the last word on any matter in any School District?

I await your response.

Sincerely,

Jea P. Street
Executive Director

Pc: Christina Board of Education
State Board of Education
Honorable Jane Brady, Attorney General
Mrs. Sarah W████

B92



**CHRISTINA**
SCHOOL DISTRICT
*Educating each student to succeed*

Administration Building       83 East Main Street       FAX: (302) 454-4736
      Newark, DE 19711       TDD Relay Service: (800) 232-5470
      (302) 454-2571       e-mail: wisej1@christina.K12.de.us

February 10, 2005

Mr. Jea Street
Executive Director
Hilltop Lutheran Neighborhood Center
1018 West 6th Street
Wilmington, DE 19805

RE: Shue-Medill Student; Due Process

Dear Mr. Street:

Mrs. Phillips, President of the Christina School Board, has asked me once again to look into the issues you have raised in your most recent letter—apparently addressed this time to each individual Board member—regarding the alternative placement of R███████ W███████ a student at Shue-Medill Middle School. As you recall, the student has executed a plea agreement (also signed by his mother), admitting guilt for a criminal assault at the Shue-Medill Middle School that resulted in a head wound to another student while that student was in class. Here's what our records show:

- A hearing was held December 2, 2004 at the Building Level.
- A hearing was held at the District Level on December 13, 2004—*a hearing at which you personally appeared and represented the young man.*
- At that December 13th hearing, you acknowledged in the presence of witnesses that the District was well within its rights to alternatively place the student, but that you were advocating that the District consider other alternatives. Following a unanimous recommendation for alternative placement at that hearing, you subsequently met individually with Dr. Sandra Countley of this District, and negotiated a possible alternative placement at the Kirk Middle School.
- Unfortunately, the student's mother ultimately rejected this option, despite your recommendation.
- The mother of the young man subsequently contacted the District for review of the unanimous recommendation for alternative placement, and in accordance with the Student Code of Conduct, I conducted that review as the Superintendent's Designee with the mother. Also present was Ms. Sharon Denney.

I'm sorry if you were under the mistaken belief that some sort of legal, ethical, or administrative obligation existed that compelled me to invite you to a conference with a parent that the parent had requested and received. Had she herself invited you, I definitely would have welcomed your presence. But to assert that my failure to extend to you an invitation demonstrates "unmitigated gull [*sic*]" is a bit over the top. I have legal obligations relating to the mother's confidentiality and privacy rights, and I was operating under the belief that had she wanted to bring *any* other person, she would have — as she has in the past.

I've reprinted my prior response to your prior allegations on the attached page. I think it's regrettable that this matter has become so adversarial. And I think that lost in all our talk is one fundamental: what is to happen to this student if we fail to hold him accountable for his actions, which he admirably acknowledged committing?

Give me a call if you'd like to talk. I think we need to.

Regards,

                                         B93

David M. Sundstrom

Joseph Wise, Superintendent

The Christina School District is an equal opportunity employer and does not discriminate or deny services on the basis of race, color, religion, national origin, gender, disability or age.

FAX: 322-8514

Compass School
34 Parkway Circle
New Castle De 19720

Sarah W̶̶̶̶̶̶̶̶̶

Feb. 25, 2005

Re: Privacy Act Violation
R̶̶̶̶d W̶̶̶̶̶̶

Dear Dr. Allen,
     On January 31, 2005, I called your school regarding program, knowledge of state and federal law on alternative placement. At this time I spoke with Lisa Cave.

     February 3, 2005, I visited your school for a intake meeting. Your school official were Nicole Randick and Lisa Cave.

During this meeting, I was provided with the following forms:
1. Dear Parent/Guardian (dated September 2004)
2. Anti-Bullying Pledge-Students
3. 2004-2005 Compass Schedule
4. Colonial School District Acceptable Technology (student use form)
5. Consent for Non-Prescription Medication
6. Student Picture/Interview Release form
7. Delaware Emergency Treatment Card
8. Our Mission Is:
9. Program Requirements
10. Permission for Release of Information
11. Anti-Bullying Pledge-Parents
12. In Attendance

     While reviewing the Diagnosis Checklist, section: Reason for Placement the phrase, student expelled was written.
When I question this Nicole Randick looked at Sharon Denny and "ask was R̶̶̶̶̶̶ W̶̶̶̶̶ expelled." Ms. Denny reply was "no." Ms. Randick cross out student expelled and signed her initial and dated it. Based on all that has taken placed on this day. It was apparent something else was not right.

     On February 2, 2005, it was fraudulently concealed from me and my son. That your school had received a packet from Christina School District that included 29 pages. Your school had no authorization from me to receive the information.

     On February 3, 2005 I called your school to request a copy of the form that stated my son was expelled from Christina School District. During this phone conversation I was informed by Ms. Randick that your school had received a packet from Christina School District. A verbal request was made for a copy of all information received on my son. I was given a verbal denial by Ms. Randick.

On this same day, I hand delivered a written request to your school.

In receiving no reply from your school, I made several calls to speak to you.

On February 8, 2005, I spoke to you. Part of your response was that the packet from Christina School District was sent back to them.

After reviewing part of my son records kept by the Christina School District on February 11, 2005.

The Compass School received the 29 page packet from Christina School District on December 22, 2004 by fax, and Compass School faxed the 29 pages packet back to Christina School District on February 8, 2005 to Sharon Denny from Myrna Laws.

*Please provide* the name, address and phone number of your school's attorney to discuss these violations of the Privacy Act of 1964 and Civil Rights.

If I don't hear from you by close of business day on March 5, 2005. I will have no other choice but to take legal actions.

Sincerely

Sarah W███████



**Drew Educational Support Center**    600 N. Lombard Street          Phone: (302) 552-2629
                                       Wilmington, DE 19801           TTD Relay Service (800) 232-5470

February 28, 2005

Ms. Sarah W███████
███████████████
███████████████

Dear Ms. W███████:

Please find enclosed the corrected referral form to The Compass School for your son R█████
W█████.  The original form that was sent to The Compass School on December 17, 2004,
incorrectly identified your son as having been expelled.  R█████ was Alternatively Placed, not
expelled.

We apologize for this error in communication and have corrected all related documents to reflect
this correction.

Should you have any questions, please feel free to contact me at 552-2629.

Sincerely,



Trenda Broadnax

Cc:  Deborah Rodenhouser
     Sharon Denney
     Eleanor Ludwigsen

B96

Joseph Wise, Superintendent

The Christina School District is an equal opportunity employer and does not discriminate or deny services on the basis of race, color, religion, national origin, gender, disability or age.

The Compass School
A Friend of the Family, Inc.

Phone: 322-8512; Fax: 322-8514
Page 1 of 3

**Referral Form**

REVISED

Student Name: K██████ W████████                           DOB
_____ / _____ / _____

Student ID Number: ████████          State ID Number: _____

Current Age: ████   Gender: ████   Race: _2__   Current Grade Placement _8_

**REFERRING SCHOOL INFORMATION:**

Sending School: _Shue Medill_____   District _Christina_

Name and Title of <u>School</u> Contact Person:
_Gina Moody_____

Telephone: _154 217 8112_   Fax: _____   Pager: _____

E-mail: _____ @ _____


## SUSPENSION, ABSENCE, GPA

✎ For this calendar school year, year-to-date number of out of school suspensions
(i.e., suspended 3 times, 3 days each = 9 days) _____

✎ For this calendar school year, year-to-date number of total absences (excluding suspensions)
_____

✎ Current GPA (core subjects) _____


## EDUCATIONAL INFORMATION AND <u>DOCUMENTATION TO BE INCLUDED</u> (check appropriate)

☑ Regular Education
o  Student's updated health record, including immunizations
o  Most recent report card, including grades, coursework, and attendance
o  Chronology and/or behavior referrals relating to reason for referral
o  Most recent psycho educational assessment reports
o  Names/numbers for outside agencies student currently involved with

☐ Special Education (If student is enrolled in special education program, all appropriate
documentation must be attached as per Exceptional Children Division of DOE [1/1/99])
o  Items identified under Regular Education Student
o  Current IEP, goals and objective
o  Notice of Meeting
o  Change in Placement (with Minutes)
o  MDT Minutes
o  Permission to Place (with Minutes)
o  Current psycho-educational assessment and/or psychiatric evaluation
(valid within two years)
o  Transition Plan
o  Other Parent Notices
o  Behavior Intervention Plan

B97

The Compass School                            Phone: 322-8512; Fax: 322-8514
A Friend of the Family, Inc.                                    Page 2 of 3

- o   Number of suspension days, as of date of referral
- o   LD Certification (if applicable)
- o   Secondary Exceptionalities (if applicable)
- o   Related Services
- o   IEP Revision

☐ Is student diagnosed as having Attention Deficit/Hyperactivity Disorder (ADHD)? _____Yes _X__No

☐ Does student have 504 Plan _____ Yes _X_ No;   If yes, attach

☐ Is student Limited English Proficiency (LEP)
- o   copy of home language survey
- o   English Language Proficiency assessment score
- o   testing accommodations/apply to individual student

☐ Does student require medication during school hours _____ Yes _____ No

☐ Is student a choice student _____ Yes _X_ No

## REFERRAL INFORMATION

Reason for referral:
Assault upon Student & Conspiracy

Student Expelled: _____ Yes _X_ No

Anticipated Length of stay at TCS: _____

## FAMILY INFORMATION

Students resides with (check appropriate):
☑ Mother/Guardian         ☐ Father/Guardian         ☐ Both reside in same household

Mother/Guardian Name: Sarah W_____ Date of birth: ____/____/____

Address: _____ Apt. Number: _____

_____

Development: _____

City: _____ Zip Code: _____

Home Telephone: _____ Day time Telephone: _____

E-mail: _____ @ _____

Father/Guardian Name: _____ Date of birth: ____/____/____

Address: _____ Apt. Number: _____

_____

B98

The Compass School
A Friend of the Family, Inc.

Phone: 322-8512: Fax: 322-8514
Page 3 of 3

Development: _____

City: _____    Zip Code:
_____

Home Telephone: _____    Day time Telephone: _____

E-mail: _____ @ _____

Emergency Contact: _____    Relationship:
_____

Address: _____    Apt. Number:
_____

Development: _____

City: _____    Zip Code:
_____

Home Telephone: _____    Day time Telephone: _____

E-mail: _____ @ _____

**DISTRICT INFORMATION**

Name and Title of Contact Person:
_Erica Moody_____

Telephone: _(540) 171 8113_ Fax: _____    Pager:_____

E-mail: _____ @ _____

Implementation of the following has been/is being arranged:

[X] Transportation to/from TCS

[ ] Status of free or reduced meals information to appropriate school providing service to TCS

Referral prepared by: _Kendra Woodnar_____

Date: _12/17/04_

B99

# Hilltop Lutheran Neighborhood Center, Inc.

1018 WEST SIXTH STREET   WILMINGTON, DELAWARE 19805
(302) 656-3224
FACSIMILE: (302) 656-3130

March 1, 2005

Via Facsimile and U. S. Mail

Dr. Joseph A. Pika, President
State Board of Education
Townsend Building
P. O. Box 1402
Dover, Delaware 19903-1402

RE: R████d W██████ an 8th grade student in the Christina School District

Dear Dr. Pika,

I write to appeal the decision of the Chritina School District to expel the above referenced student from the District. The harsh fact of the matter is that R██████ has been out of school since November 8, 2004 without a formal hearing. The District has maintained the position that they can remove R██████ from the regular school setting without a hearing and place him in a so-called Alternative School. I believe this is a clear violation of the Districts own policies and prevailing law.

The conduct of the District in this case is recalcitrant as to its own policies and the spirit and intention of the procedural due process guidelines utilized by other Districts. Further, the District's obfuscation in this case is made clear in its own papers (copies of correspondence in this case attached). In the February 1, 2005 letter to me, the District takes the position (page 1 item 3) that the student was not expelled. However, in it's referral papers from Shue Medill School dated December 17, 2004 to the so-called alternative school, the papers clearly show that the student was indeed expelled.

The District's conduct in this case is outrageous and I respectfully request that the State Board provide relief for R██████ W██████ with all deliberate speed. R██████ deserves and is entitled to a formal hearing in this case and I ask that the State Board provide the hearing and sanction the Christina District for its non-compliance.

Thank you for your prompt and immediate response.

Sincerely,

Jea P. Street
Executive Director

Pc:  State Board of Education Member
     Dr. Valerie Woodruff, Secretary of Education
     Christina Board of Education Members
     Dr. Joseph Wise
     Mrs. Sarah W████████

B100

**Attachments**

1. Referral Form dated December 17, 2004 – page 2
   Referral information marked student expelled "yes"

2. February 7, 2005, letter from Jea P. Street to Mrs. Brenda Phillips

3. February 1, 2005, letter from Dr. David Sundstrom to Jea P. Street

4. January 27, 2005, letter from Dr. David Sundstrom to Mrs. Sarah W█████

5. January 4, 2005, letter from Jea P. Street to Dr. Joseph Wise

6. Notice of Suspension dated November 8, 2004

7. Notice of Suspension dated November 8, 2004

8. Extension of Suspension dated November 19, 2004

9. Summary of Building Level Conference dated December 2, 2004



**CHRISTINA**
SCHOOL DISTRICT
*Educating each student to succeed*

Christina School District
Drew Educational Support Center

600 N. Lombard Street
Wilmington, DE 19801
(302) 552-2600

FAX: (302) 429-3944
TDD Relay Service: (800) 232-5470
e-mail: wisej@christina.K12.de.us

April 11, 2005

Sarah W████



Dear Mrs. W████:

This is to confirm our telephone discussion this morning, in which I advised you that R████ may *not* be returned to the Shue-Medill Middle School this week.  Please review my January 10, 2005 letter to you (which followed the hearing on your appeal of the District Level decision to alternatively place your son R████ W████ at the Compass School following his agreement to plead of guilty to assault of a fellow student at Shue-Medill Middle School).

As we discussed—more than once—the District Discipline Committee's recommendation was for your son, R████ W████, to attend The Compass School, *with re-evaluation after his first quarter there.*  You have refused to allow your son to attend the Compass School, and it appears you have enabled him to remain out of school—and truant—for an entire marking period.   To allow your son to now return to Shue-Medill Middle School—and circumvent the Discipline Committee's recommendation—would not only be improper; it would send a very destructive message to your son and to other students who engage in intentional wrongful conduct.

Please recall that you acknowledge your son punched another student at the Shue-Medill Middle School, causing a head injury that required stitches.  You and your son signed a Family Court agreement in which he pleaded guilty to criminal assault charges arising from this incident.  make up missed assignments, and received Homebound Instruction because of that eligibility.  As for the dress code issue:  disparate treatment does not arise from a failure to notice a dress code violation.  Although you disagree, there *is* a distinct difference between wearing inappropriate clothing and punching to the point of injury.  If this entire case arose solely from your son wearing inappropriate clothing, I *would* agree that punishing him and not a similarly-garbed child could constitute disparate treatment.  But that is not what happened here.

Your rejection of any option other than the return of R████ to the Shue-Medill Middle School—is profoundly troubling.   It is important that R████ receive an education.  It is also important that you and this District work together to ensure he receives the right messages from the adults entrusted with his care.   Again, I must ask you to contact Ms. Denney (454-2535) so that she may make the necessary arrangements to get R████ back in school.

B102

**Joseph Wise, Superintendent**

The Christina School District is an equal opportunity employer and does not discriminate or deny services on the basis of race, color, religion, national origin, gender, disability or age.

Mrs. Sarah W█████, continued
April 11, 2005
Page 2

Sincerely,

David Sundstrom
Assistant Superintendent/Chief of Staff

DMS:jsg
Cc:  Jea Street

B103

Joseph Wise, Superintendent

The Christina School District is an equal opportunity employer and does not discriminate or deny services on the basis of race, color, religion, national origin, gender, disability or age.

The Christina Board of Education met in Regular Session on Tuesday, April 12, 2005, at 7:30 PM, at Thurgood Marshall School.

Present were:  Mrs. Brenda C. Phillips, President; Ms. Constance M. Merlet, Vice President; Mr. James Durr; Mr. George E. Evans, Esq.; Dr. John Mackenzie; Mrs. Beverly Howell; Mrs. Cecilia A. Scherer; and Dr. Joseph Wise, Executive Secretary.  Mrs. Sandra C. Thomas was Recording Secretary.

I.    CALL TO ORDER

The meeting was called to order by President Phillips at 7:45.

II.    PLEDGE OF ALLEGIANCE

The Pledge of Allegiance was led by Robert Abishek and Jennifer Armstrong, 4th Graders at Thurgood Marshall School.

The Thurgood Marshall School Chorus sang two selections.

President Phillips asked the audience to stand for a moment of silence in memory of Stacy Heller's mother, and Ed Bosso's father, who passed away this week.

Vice President Merlet recommended the following changes to the agenda:

-    Under ACTION ITEMS, add Item B-1, 2004-05 School Calendar Revisions.
-    Under ACTION ITEMS, add Item F-1, Bond Anticipation Note.
-    Under CONSENT AGENDA, add Item 3-A, Revised Choice Wait List, 2005-2006.
-    Add Resignation of School Board Member under IX. ITEMS SUBMITTED BY THE BOARD, Item C.

It was moved by Mrs. Scherer, seconded by Mr. Evans, and unanimously carried that the Christina Board of Education approve the amended agenda.

III.    APPROVAL OF MINUTES

A.    March 8, 2005 – Executive Session Meeting

It was moved by Mr. Evans, seconded by Mrs. Scherer, and unanimously carried that the Executive Session minutes of March 8, 2005 be approved as submitted.

B.    March 8, 2005 – Regular Session Meeting

It was moved by Mr. Evans, seconded by Dr. Mackenzie, and unanimously carried that the Regular Session minutes of March 8, 2005 be approved as submitted.

IV.    SPECIAL PRESENTATION

Mr. James Durr and Dr. John Mackenzie presented Broad diplomas to Mrs. Phillips, Mr. Evans, Mrs. Howell, Ms. Merlet, Mrs. Scherer, Dr. Wise, and Mr. Sundstrom, from the Broad Institute for their being named Broad Fellows because of their successful completion of The Broad Institute for School Boards.

Christina Board of Education Minutes
April 12, 2005 – Regular Session
Page 2


President Phillips presented Broad diplomas to Dr. Mackenzie and Mr. Durr, who completed the Broad Institute for Schools program last summer.

V.    PUBLIC RECOGNITION

1.    Nazul Islam spoke regarding his son's Choice application.

2.    George Thompson spoke regarding the Back To Basics Tutoring program at Christiana High School

3.    Dr. Michael Samuels spoke regarding the Back to Basics Tutoring program at Christiana High School.

4.    Kim McKenna, West Park Place School PTA,  presented a petition to add 5th grade at West Park for next year.

5.    Brad Barrie, Laborers Local 199, spoke regarding the Plymouth Environmental Asbestos Abatement bid.  He was referred to Mr. Edmison, Mr. Sharkey and Mrs. Racca.

6.    Harrie Ellen Minnehan, CEA representative, spoke regarding the process of the retroactive pay increase for teachers.

7.    John Kowalko spoke regarding full-day kindergarten.  He said he will participate as a panelist at forum to discuss full-day kindergarten on April 14, 2005, 7:00 PM, at Brandywine High School.

8.    Shirley Saffer, Gauger-Cobbs parent, spoke regarding her son being bullied.

9.    Steven Saffer, Gauger-Cobbs parent, spoke regarding security issues and his son being bullied.

10.   Jean White spoke regarding the rehabilitation and renovation to 83 E. Main Street.

11.   Sarah W█████ spoke regarding alternative placements and expulsion hearings.

12.   Stacy Heller, CEA Interim President, spoke regarding mending trust and the manner in which teacher retro pay was done.

13.   Bonnie Mucha spoke regarding bullying and the upcoming School Board Election forum.

Christina Board of Education Minutes
April 12, 2005 – Regular Session
Page 3

VI.    BOARD MEMBERS' COMMITTEE REPORTS

    A.    Other District/Community Meetings, Site Visits, Training Seminars,
        Or Conferences Attended

Mr. Evans attended the Kids Count Press Conference on April 5, 2005.

    B.  DSBA Board of Directors Report

Mrs. Merlet reported on the DSBA Board of Directors meeting held on March 9, 2005.
Information will be copied and distributed to Board Members.

    C.    DSBA Legislative Committee Report

Mr. Evans reported on the March 23, 2005 DSBA Legislative Committee meeting.  He
discussed pending education legislation.

VII.    SUPERINTENDENT'S REPORT

    A.    Security Associates

Jeff Edmison updated the Board on safety and security enhancements.  He introduced
Security Associates, Special Assistants to the Principals, part-time bus drivers, and School
Resource officers who were present at the meeting.

    B.    Special Education Program Evaluation Results

This item was moved to the May agenda.

    C.    New Educational Opportunities For Christina Families

This item was moved to the May agenda.

VIII.    ACTION ITEMS

    A.    Board Policy Manual Amendments – Second Reading

It was moved by Mr. Evans, seconded by Mrs. Scherer, and unanimously carried that the
Christina Board Education approve the modification of the Board Policy Manual because of
inconsistencies between the Board Policy Manual and (a) certain Board of Education contracts
and (b) January 2005 regulations promulgated by the Department of Education; and because
various provisions of the Board Policy Manual additionally have been determined to set forth
inappropriate procedural matters unrelated to policy.

Christina Board of Education Minutes
April 12, 2005 – Regular Session
Page 4

B.     2005-2006 School Calendar Revisions – First Reading

Sheryl Arnold presented the revisions to the 2005-2006 School Calendar revisions.

This item will come back to the Board in May for approval.

B-1.  Revisions To 2004-05 School Calendar

It was moved by Mr. Durr, seconded by Dr. Mackenzie, and unanimously carried that the Dr. Wise be given the authority to adjust the 2004-05 calendar administratively after a final decision from the State Board of Education notifies the District about whether they will "forgive" days because of weather.

C.     Personnel Recommendations

It was moved by Mr. Evans, seconded by Mrs. Scherer, and unanimously carried that the Christina Board Education approve the Personnel Report as amended.

It was moved by Mr. Durr and seconded by Mrs. Scherer that the Christina Board of Education approve the recommended personnel appointments.

VOTE:     Mr. Durr            -     YES
          Mrs. Merlet         -     ABSTAINED
          Mr. Evans           -     YES
          Mrs. Scherer        -     YES
          Mrs. Howell         -     YES
          Dr. Mackenzie       -     YES
          Mrs. Phillips       -     YES

The motion to approve administrative appointments passed by vote of 6 YES and 1 ABSTENTION (Copy Attached).

D.     CONSENT AGENDA

1.     Choice Recommendations; Good Cause 2004-2005

2.     Choice Recommendations; Good Cause 2005-2006

3.     Choice Terminations 2004-2005

3.-A   Revised Choice Wait List Recommendation 2005-2006

4.     Bid Awards:

| Bid Number | | Name of Bid |
|---|---|---|
| (a) | Bid #01-05-07 | Gallaher School Renovation Project |
| (b) | Bid #03-05-11 | Bancroft School HVAC Project |

Christina Board of Education Minutes
April 12, 2005 – Regular Session
Page 5

|  | (c) | Bid #01-05-05 | Glasgow High School Swimming Pool Renovation Project |
|  | (d) | Bid #01-05-10 | McVey School Asbestos Abatement Renovation Project |
|  | (e) | Bid #01-05-08 | McVey School Renovation Project |

5. Change Orders:
   (a) #6 to Bancroft Construction for the Kirk School HVAC Project
   (b) #8 to Century Construction for Brookside School Project
   (c) #11 to Bob Smith Contractors for West Park Place School Project

6. Specification:
   (a) Educational Specifications for the New 840-Seat Elementary School

Mrs. Scherer requested that Item #D. 4 (b), Bid #02-05-09 - Gallaher School Asbestos Abatement be removed from the Consent Agenda.

It was moved by Mr. Evans, seconded by Mrs. Scherer, and unanimously carried that the Consent agenda be approved, as amended.

It was moved by Mr. Evans and seconded by Dr. Mackenzie that Bid #02-05-09 - Gallaher School Asbestos Abatement be approved.

| VOTE: | Mr. Durr | - | YES |
|  | Mrs. Merlet | - | ABSTAINED |
|  | Mr. Evans | - | YES |
|  | Mrs. Scherer | - | NO |
|  | Mrs. Howell | - | NO |
|  | Dr. Mackenzie | - | YES |
|  | Mrs. Phillips | - | YES |

The motion passed by vote of 4 YES, 2 NO and 1 ABSTENTION.

E. Student Expulsion Recommendations

Student #1605
Student #1705
Student #1805
Student #1905
Student #2005
Student #2105
Student #2205
Student #2305
Student #2405
Student #2505
Student #2605

Christina Board of Education Minutes
April 12, 2005 – Regular Session
Page 6

It was moved by Mr. Durr, seconded by Dr. Mackenzie, and unanimously carried that Student #1605 through Student #2605 (as listed above) be expelled from the schools of the Christina School District.

F.    Bond Anticipation Note

It was moved by Mr. Durr, seconded by Mrs. Scherer, and unanimously carried that the Bond Anticipation Note in the amount of $2,362,400.00 be approved (Copy Attached).

IX.    ITEMS SUBMITTED BY THE BOARD

A.    Resolution On Executive Session Board Meeting, May 10, 2005, 6:00 PM, Gauger-Cobbs Middle School, to discuss Personnel Matters

B.    Resolution On Executive Session Board Meeting, Drew Educational Support Center, April 22 and 23, 2005, during Board of Education Workshop

It was moved by Dr. Mackenzie, seconded by Mrs. Scherer, and unanimously carried that the Christina Board of Education meet in Executive Session on Tuesday, May 10, 2005, at 6:00 PM, at Gauger-Cobbs Middle School and on Friday and Saturday, April 22, and 23, 2005, at the Eden Educational Support Center, to discuss Personnel Matters.

B.    Information Requests

Mrs. Scherer requested that staff look into whether it is feasible to have 5th grade classes at West Park next year and make a recommendation to the Board.

C.    Letter of Resignation From Board Member

Ms. Constance M. Merlet read a letter of resignation from the Christina Board of Education and the Vice Presidency, effective April 26, 2005.

It was moved by Mr. Durr, seconded by Dr. Mackenzie, and unanimously carried that the Board accept the resignation of Ms. Constance M. Merlet from the Christina Board of Education and the Vice Presidency, effective April 26, 2005.

D.    Election of Vice President

The floor was opened for nominations for Vice President of the Christina Board of Education, effective April 27, 2005 through June 30, 2005.

Mrs. Scherer nominated Dr. John Mackenzie as Vice President of the Christina Board of Education, effective April 27, 2005, through June 30, 2005.  The motion was seconded by Mrs. Howell.

Christina Board of Education Minutes
April 12, 2005 – Regular Session
Page 7


It was moved by Mr. Durr, seconded by Mrs. Howell, and unanimously carried that nominations be closed.

VOTE:   UNANIMOUS.

Dr. Mackenzie will serve as Vice President of the Christina Board of Education effective April 27, 2005 through June 30, 2005.

Mrs. Scherer volunteered to serve as the DSBA Board of Directors representative.

E.    Change of Board Meeting Date

It was moved by Mr. Evans, seconded by Mrs. Scherer, and unanimously carried that the Christina Board of Education hold the May School Board meeting on May 3, 2005 so that those involved in elections can be involved in their campaign.

X.    <u>ADJOURNMENT</u>

The meeting was adjourned by acclamation at 11:35 PM.

Respectfully submitted,



Dr. Joseph Wise
Executive Secretary