## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.W., a minor, individually by and through his parent and natural guardian SARAH WILLIAMS, AND SARAH WILLIAMS, individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-662 - KAJ |
| THE DELAWARE DEPARTMENT OF EDUCATION; VALERIE WOODRUFF; personally and in her official capacity as the Secretary of Education for the State of Delaware; THE STATE OF DELAWARE BOARD OF EDUCATION; and JOSEPH PIKA, Ph.D.; JEAN ALLEN, RICHARD M. FARMER, JR.; MARY GRAHAM, ESQ.; BARBARA RUTT, DENNIS SAVAGE, CLAIBOURNE D. SMITH; ANN CASE; VALERIE WOODRUFF; personally and in their official capacity as Members of the State Board of Education; and THE CHRISTINA SCHOOL DISTRICT; JOSEPH J. WISE, personally And in his official capacity as the Superintendent of the District; DAVID SUNDSTROM, personally and in his official capacity as the Assistant Superintendent of the District; SANDRA COUNTLEY, personally and in her official capacity; SHARON DENNY, personally and in her official capacity; FREEMAN WILLIAMS, personally and in his official capacity; THE CHRISTINA SCHOOL DISTRICT SCHOOL BOARD; BRENDA PHILLIPS; JAMES DURR; GEORGE EVANS, ESQUIRE; BEVERLY HOWELL; CONSTANCE MERLET; JOHN MACKENZIE; CECELIA SCHERER; and JOSEPH WISE; all personally and in their official capacity as Members of the CHRISTINA SCHOOL DISTRICT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **E-FILE** |
| Defendants. | ) ) | |

## STATE DEFENDANTS' ANSWER TO CROSSCLAIMS

**COMES NOW,** the State Defendants, the Delaware Department of Education, the State Board of Education, the Honorable Valerie Woodruff, Dr. Joseph Pika, Jean Allen, Richard M. Farmer, Jr., Mary Graham, Esq., Barbara Rutt, Dennis Savage, Dr. Claibourne Smith, and Ann Case, by and through undersigned counsel, Craig R. Fitzgerald, and hereby answer the crossclaims as follows:

1. State Defendants deny the crossclaim for contribution that has been asserted against them to date and also deny any future crossclaims for contribution that may be asserted against them in the future.

2. State Defendants deny the crossclaim for idemnification that has been asserted against them to date and also deny any future crossclaims for indemnification that may be asserted against them in the future.

WHEREFORE, State Defendants request that the Court deny of all the crossclaims.

                                                        **STATE OF DELAWARE**
                                                        **DEPARTMENT OF JUSTICE**

                                                        /s/ Craig R. Fitzgerald
                                                        Craig R. Fitzgerald, I.D. No. 3730
                                                        Deputy Attorney General
                                                        102 West Water Street
                                                        Dover, Delaware 19904
                                                        (302) 739-7641
                                                        craig.fitzgerald@state.de.us
                                                        Attorney for State Defendants

DATE: October 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2005, I electronically filed *STATE DEFENDANTS' ANSWER TO CROSSCLAIMS* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Patricia O'Neill, Esquire and William Doerler, Esq.

/s/ Craig R. Fitzgerald
Deputy Attorney General
Department of Justice
102 West Water Street
Dover, DE 19904
(302) 739-7641