# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

R.W., a minor, individually, by and through his parent and natural guardian Sarah Williams and Sarah Williams, individually

Delaware Department of Education / Christina School District, State of Delaware Board of Education / Christina School District, Valerie Woodruff, Joseph Pika v. Board of Education, Jean Allen, Richard Farmer, Mary Graham, Barbara Rutt, Dennis Savage, Ann Case, personally and in their official capacity / Joseph Wise, David Sundstrom, Sandra Countey, Sharon Denny, Brenda Phillip, James Durr, George Evans, Beverly Howell, John Mackenzie, Cecilia Scherer, Joseph Wise personally and in their official capacity

DISTRICT COURT DOCKET NUMBER: 05-662-KAJ

DISTRICT COURT JUDGE: KENT A JORDAN

Notice is hereby given that R.W. minor and Sarah Williams
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) denying plaintiffs motion for a preliminary injuction by Judge Kent A Jordan DI#47

entered in this action on 11/10/05 (date)

DATED: December 7, 2005

Patricia M O'Neill (SW)
(Counsel for Appellant-Signature)

Patricia O'Neill
(Name of Counsel - Typed)

22 West Front Street
(Address)

Media, PA 19063

(610) 891-6668
(Telephone Number)

Craig R Fitzgerald
(Counsel for Appellee)

102 Water Street
(Address)

Dover DE 19901

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Counsel for Appellee: John D. BALAGUER / WILLIAM DOERLER
824 N. MARKET ST SUITE 902
Wilm. DE 19899
302 467-4508