IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

R.W., A Minor, individually, by and through : 
his parent and natural guardian SARAH WILLIAMS :
and SARAH WILLIAMS, individually, :
        PLAINTIFFS, : C.A. NO. 05-CV-00662
         :
   V. :
         :
THE DELAWARE DEPARTMENT OF :
EDUCATION; *et. al.* :

## DESIGNATION OF ADDITIONAL TRANSCRIPT PARTS

    PLEASE TAKE NOTICE that counsel for the undersigned defendants, pursuant to Federal Rule of Appellant Procedure 10(b)(3)(B), hereby designates the entire hearing transcript from the hearing on Plaintiff's motion for a preliminary injunction, held before the Court on November 10, 2005, as being necessary for the appeal to the Third Circuit in this matter.

                                    WHITE AND WILLIAMS LLP

BY: _____
JOHN D. BALAGUER (#2537)
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorneys for The Christina School District Board of Education, Joseph J. Wise, David Sunstrom, Sandra Countley, Sharon Denny, Freeman Williams, Brenda Phillips, James Durr, George Evans, Beverly Howell, Constance Merlet, John Mackenzie and Cecilia Scherer*

IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

R.W., A Minor, individually, by and through  :
his parent and natural guardian SARAH WILLIAMS  :
and SARAH WILLIAMS, individually,  :
        PLAINTIFFS,  :  C.A. NO. 05-CV-00662
          :
    V.  :
          :
THE DELAWARE DEPARTMENT OF  :
EDUCATION; *et. al.*  :

## CERTIFICATE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on this 21st day of December, 2005 one (1) copy of the foregoing **DESIGNATION OF ADDITIONAL TRANSCRIPT PARTS** were delivered via E-File and Serve, and First Class Mail, postage prepaid upon:

Patricia McHale O'Neill, Esquire        Craig Romond Fitzgerald, Esquire
114 West Front Street        Department of Justice
Media, PA 19063        102 West Water Street
        Dover, DE 19904

WHITE AND WILLIAMS LLP

BY: _____
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.467.4508
*Attorney for The Christina School District Board of Education, Joseph J. Wise, David Sunstrom, Sandra Countley, Sharon Denny, Freeman Williams, Brenda Phillips, James Durr, George Evans, Beverly Howell, Constance Merlet, John Mackenzie and Cecilia Scherer*