# EXHIBIT 2





Important Information for Students & Parents!

# Student Code Of Conduct

Student Rights and Responsibilities
Grades Kindergarten through 12
Revised Edition, July 2004

**APPEAL PROCESS FOR SUSPENSION (Continued)**

## GRIEVANCE PROCEDURES

Students and their parents/guardians as their representatives have all the rights given to every citizen by the Fifth and Fourteenth Amendments to the U.S. Constitution. Many of these rights which pertain specifically to education are defined in this document. These rights are protected through a procedure called due process.

Students and their parents/guardians are encouraged to become familiar with this due process procedure.

Student Grievance

A grievance is another name for a complaint. A student grievance exists when it is alleged that a student has been unfairly treated or has not been afforded due process.

The following persons or groups of persons may use the grievance procedure:

1.  Individual students or groups of students;
2.  Parents/Guardians of a student;
3.  Groups of parents/guardians of students.

The grievance procedure may be used in any of the following situations:

A.  Where it is alleged that any student or group of students:

    1.  is being denied access to an appropriate educational opportunity;

    2.  is being denied participation in any school activity for which the student is eligible;

    3.  is being denied the opportunity to compete for a position in an activity where the selection is limited;

    4.  is being subjected to an arbitrary or unreasonable regulation, procedure, or standard of conduct.

B.  Where it is alleged that the rights of an individual student and/or a group of students are being denied or abridged.

**GRIEVANCE PROCEDURES (Continued)**

**Grievance Procedure**

When the grievance procedure is used these steps shall be followed:

1. The grievant is encouraged to talk with a staff member for advice.

2. The grievant shall request, in writing, a conference with the teacher or person(s) who allegedly treated the student unfairly within three (3) school days of the event.

3. Conference shall be held within four (4) school days after request.

4. If the conference does not resolve the complaint the grievant may talk with the supervisor of the staff member.

5. If the grievance is not resolved during the two meetings, the grievant may file a written grievance with the principal within three (3) school days of the conference.

6. If the principal fails to resolve the issue to the satisfaction of the grievant, the grievant will, upon request, be given a written notice by the principal within three (3) school days after the conference with the principal stating the reason(s) the problem could not be resolved.

7. If the decision at the school level is not acceptable that decision may be appealed to the Superintendent. The appeal must be filed in writing not later than five (5) school days following the date of receipt of the principal's written decision. The Superintendent/Designee shall resolve the grievance by investigating the problem, holding conferences with the involved parties, or reviewing the written grievance record.

8. The decision of the Superintendent/Designee shall be the final decision of the school system. A copy of the Superintendent's/Designee's final decision shall be sent to all involved parties not later than ten (10) school days following receipt of the appeal by the Superintendent/Designee.

## GRADES 6-12

## VIOLATIONS - LEVEL III

Expectations: Students will observe the laws of society.

Consequences: When students commit violations, which endanger themselves or others or are major offenses against the school or community they are subject to severe consequences, including expulsion from school. Some illustrations of violations and resulting consequences are listed below.

| SITUATION | CONSEQUENCE |
|---|---|
| **Arson**<br><br>Any act utilizing fire, smoke, or explosives which causes alarm or danger to life; and/or willful or malicious burning of school property, it's contents, or the personal property of others. | Each Offense (all of the following): 1) Parent/Guardian notification, 2) suspension for five (5) days, 3) parent/guardian conference, 4) notification of police; charges may be filed, 5) restitution/restoration, if necessary, 6) recommendation to appropriate counseling or social service agency(s), 7) possible recommendation for alternative placement or expulsion. |
| **Assault**<br><br>An unlawful physical attack using force upon a person resulting in physical injury. | Each Offense (all of the following): 1) Parent/Guardian notification, 2) suspension for five (5) days, 3) parent/guardian conference, 4) notification of police; charges may be filed, 5) restitution/restoration, if necessary, 6) recommendation to appropriate counseling or social service agency(s), 7) possible recommendation for alternative placement or expulsion, and 8) referral to mediation, if appropriate. |

## VIOLATIONS - LEVEL III (Continued)

### Computer Technology "Severe Clause"

Situations in which a student or students deliberately tampers with, damages, alters, accesses, crashes, or corrupts the computer/communications system for a class, school, the District or the Data Service Center, resulting in the loss or corruption of information, the ability of the system to operate, or in any way disrupts or degrades the District's technology infrastructure.

Each Offense (all of the following): 1) administrative/technological investigation and assessment, 2) parent/guardian notification, 3) restoration/restitution of damages/repairs (access to technologies will be denied), 4) suspension for five (5) days, 6) notification of police, charges may be filed, 6) parent/guardian conference, 7) possible recommendation for alternative placement or expulsion.

This list is not all-inclusive. A student committing an act of misconduct, which is not listed, may be subject to disciplinary action. If a student commits an act, which constitutes a crime under Delaware Law, such student is subject to discipline, which may include expulsion.

Continued offenses after placement in an alternative program will be considered a serious breach of this Code and will result in a possible recommendation for expulsion.

* * * * * * * * * * * * * * * * * * * *

## REPORTING CRIMES

Appropriate law enforcement officials should be notified when the school official encounters any of the following activities:

0. Evidence that suggests the commission of the crimes of assault and extortion against pupil, or an assault, offensive touching, terroristic threatening or extortion against a school employee as defined in 11 Del.C., Ch. 5 [See 11 Del.C., §§ 601, 611, 612, 613, 614, 621, and 846 (referring to 841); see also 14Del.C., §4112(b) and (f)].

0. Evidence that suggests the commission of a felony [See 11 Del. C., Ch. 5], for example:

   - Reckless Endangering
   - Assault offenses
   - Homicide
   - Unlawful sexual contact, penetration or intercourse
   - Sexual exploitation of children, pornography
   - Promoting prostitution
   - Burglary
   - Robbery
   - Felony Theft Offenses
   - Extortion
   - Arson
   - Criminal Mischief
   - Bombs, etc.
   - Unlawful imprisonment or kidnapping
   - Offenses involving concealed deadly or destructive weapons
   - Computer/Recorded Sounds offenses
   - Fraud offenses
   - Forgery offenses
   - Riot

0. Evidence that suggests violation of the laws concerning controlled substances and alcohol [See 16 Del.C., Ch. 47 and 14 Del C., §4112(c), for example:

## CHAPTER 5: DISCIPLINARY PROCEDURES

### Assignment to Alternative Programs

Assigned to alternative programs is the placement of a student, with appropriate consideration of due process, in a program designed to meet the student's particular needs. Alternative programs may be located at the student's home school, another school site, or an alternative location.

B. Prior to placement in an alternative program the student and the student's parents/guardians shall be conferred with about the student's need to be in the special program.
B. Following the conference, the student and the student's parents/guardians shall be given written notice of:

  11. the circumstances which led to the placement;
  11. how the special program is designed to meet the student's needs; and
  11. the conditions, which must be met in order for the student to return to the regular school, program.

B. Continued offenses after placement in an alternative program will be considered a serious breach of this Code and may result in an possible recommendation for expulsion.

**Corporal Punishment**   Corporal punishment will not be administered in any Christina school.

### Bus Privileges

Students and parents/guardians have the responsibility to know and respect the rules as described in the School Bus Safety Regulations manual. The Code of Conduct will apply to all violations while boarding, riding, or exiting buses.

Bus Privileges (grades K-6)

Students must follow School Bus Safety Regulations as follows: 1) follow driver directions, 2) remain in seat and keep aisle clear, 3) do not throw objects in, out, or around bus, 4) NO fighting, 5) talk quietly, 6) no eating, drinking, or smoking, 7) do not damage bus property, 8) do not tamper with emergency doors, controls, or windows.

Consequences: (in progression of offenses): 1) warning, 2) temporary seat change, 3) on-bus conference with child. Driver, school administrator and parent notification, 4) on-bus conference with child, driver, school administrator, and/or permanent seat reassignment and parent notification, 5) conference with parent, child, and school administrator, 6) loss of riding privileges for one to five (1-5) days. **Severe Behavior** such as property damage, hitting driver, fire setting, and abuse of emergency equipment will result in steps five and six (5&6) being implemented by the school administrator.

### Suspension from School

Suspension is the temporary removal of a pupil from the regular school program.

Prior to a suspension from school the student shall:

  0. be given oral or written notice of the charges and be told on what evidence the decision may be made;
  0. be given the opportunity to present the student's side of the story; and
  0. have had prior opportunity to know that the alleged actions were in violation of established rules and regulations.

## SUSPENSION FROM SCHOOL (Continued)

The parent will be advised that the suspension may be appealed to the next administrative level.

Generally the notice and conference should precede the student's removal from school. However, if this is not feasible or if the immediate removal of the student from school is necessary to protect the safety of individuals, property, and/or the educational process, the necessary notice and conference, if requested, will follow as soon as practical.

In all cases of suspension an attempt shall be made to notify the parents/guardians by telephone to request that the student be picked up from school. Students whose parents/guardians cannot be reached by telephone will be retained at school until the end of the school day.

When a student is suspended, written notification of the suspension shall be sent to the parent/guardian within twenty-four (24) hours. The notification shall state the cause and duration of the suspension. If the suspension is for more than three (3) days a definite time and date for a conference shall be scheduled at a place designated by the school administrator. The principal/designee is required to hold a conference, to include the parent and child, prior to the readmission of the student.

## EXPULSION OF THE STUDENT PROCEDURES

When it is alleged that a student committed a violation of the Student Code of Conduct, which may result in a recommendation for expulsion the following procedures, shall be followed.

### Step I - Building Level

A. An administrator will conduct a preliminary investigation to determine if there is a reasonable cause to pursue disciplinary action. The administrator will inform the student of the charges. The student will be given an opportunity to "tell his/her side of the story." If it is decided to proceed the following will be instituted:

   1. Student will be suspended according to the Code of Conduct;

   2. Student will be given written notice of the charges;

   3. The student and parent/guardian will be informed of the date/time of the conference to review the case. The conference will be held at a mutually agreeable time as soon as possible, but within five (5) school days from the first day of the suspension. If agreement cannot be reached within the five day limit the principal/designee will set the date/time. Notification of the scheduled conference will be sent to the parent/guardian. Telephone contact will also be attempted. The parent/guardian may bring one advocate to this conference;

   4. At the conclusion of the conference the principal/designee will inform the parent/guardian if expulsion is to be recommended;

   5. If the decision is to recommend expulsion the recommendation, along with all back-up materials, must be submitted to the Superintendent/Designee within two (2) days of the conference; and

   6. Days, as used at this level, shall mean school days unless it is the end of the student year; then days shall mean calendar days including Saturday, Sunday, and holidays.

**APPENDIX 1 (Continued)**

### Referral to the Courts

Referral to the Courts is the filing of a charge of an alleged illegal action with the Courts having jurisdiction.

### Removal from Class

A teacher may remove a student from class for the remainder of the class period when the student's conduct is seriously disruptive and informal resolution is impractical. Exclusion may not exceed one class period. The student must be sent to a supervised area designated by the principal.

An administrator may temporarily remove a student from class if the student's continued attendance in a particular class causes serious disruption of the educational process or presents immediate danger of physical harm to either the student or others. Removal from class by an administrator shall not exceed five (5) school days; however, a student may be permanently removed from a particular class after repeated infractions.

### Reprimand

A reprimand is a written or verbal notification of unacceptable behavior.

### Restitution/Restoration

Restitution/Restoration is the payment for and/or restoring of property or articles, which have been damaged, lost, or stolen.

### Suspension

Suspension is a student's temporary exclusion from regular school attendance and activities by an administrator for a period not to exceed five (5) consecutive school days. Suspensions of five to ten days requires the Superintendent's/Designée's approval. Students are eligible to make up missed assignments.

### Work Assignment

A work assignment is an assigned task, which must be completed by the student in the time specified by the administrator. When possible and appropriate a work assignment should be related to the offense. This could also include community service under adult supervision.