# EXHIBIT 4

P1  D-II  D-I

**CHRISTINA SCHOOL DISTRICT**
*Educating each student to succeed*

## NOTICE OF SUSPENSION

TO: Sarah Williams
322 E. 10th St.
Wilm. DE. 19801

RE: Williams, Reginald
    Student's Last Name / First

SCHOOL: Shue/Medill   GRADE: 8

This is to inform you that the above named student has been suspended from school for a period of __5__ days and may not return to school until __11/10/04__.

This action is being taken as a result of __Assault__

This suspension is based on the facts, which have been presented to me. Your child has been given an opportunity to present his/her side of the story.

During the time of this suspension the student:
  a.  is not to be on school property, including the school grounds.
  b.  may not attend or participate in any school activity.

A conference with the school staff has been scheduled at __Shue__ on __Nov. 10/04__.
**Please call the school to confirm your attendance.**

If you wish to appeal the suspension, you must notify the school principal immediately. If you are unable to resolve your concerns with the principal, the next level of appeal is to the District Office. For elementary appeals please contact 454-2525 and for secondary appeals please contact 454-2557. Appeal to the District Office must be done within one day following the verbal notification.

_____   __454-2171 Ext 113__   __11/8/04__
Signature of Administrator       Telephone Number       Date

I have been given an opportunity to tell my side of the story

X __Reginald Williams__                    X __11/8/04__
Signature of Student                       Date

**NOTE: IF SUSPENSION IS A RESULT OF A VIOLATION INVOLVING WEAPONS OR DRUGS, THIS LETTER IS FORMAL NOTIFICATION AS REQUIRED BY HB651.**

Cc: Principal
    Parent
    Student
    File

Form 243
Rev; 5/02



## NOTICE OF SUSPENSION

TO: Sarah Williams
522 E. 10th St.
Wilm. DE. 19801

RE: Williams / Reginald
    Student's Last Name / First

SCHOOL: Shue Medill    GRADE: 8

This is to inform you that the above named student has been suspended from school for a period of __5__ days and may not return to school until __11/10/04__

This action is being taken as a result of __Assault - Unauth Area__

This suspension is based on the facts, which have been presented to me. Your child has been given an opportunity <u>to present his/her side of the story.</u>

During the time of this suspension the student:
  a.  is not to be on school property, including the school grounds.
  b.  may not attend or participate in any school activity.

A conference with the school staff has been scheduled at __Shue__ on __Nov. 10/04__. Please call the school to confirm your attendance.

If you wish to appeal the suspension, you must notify the school principal immediately. If you are unable to resolve your concerns with the principal, the next level of appeal is to the District Office. For elementary appeals please contact 454-2525 and for secondary appeals please contact 454-2557. Appeal to the District Office must be done within one day following the verbal notification.

__G.A. Mosley__   __454-2171 Ext #113__   __11/8/04__
Signature of Administrator       Telephone Number              Date

I have been given an opportunity to tell my side of the story

X __Sarah Williams__                __11/8/04__
Signature of Student                Date

NOTE: IF SUSPENSION IS A RESULT OF A VIOLATION INVOLVING WEAPONS OR DRUGS, THIS LETTER IS FORMAL NOTIFICATION AS REQUIRED BY HB651.

Cc: Principal
    Parent
    Student
    File

Form 243
Rev: 5/02