# EXHIBIT 5

IN THE FAMILY COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE )
In the interest of: )
Reginald Williams, ) Case No.(s) 0411009971
 )
Respondent )

## PLEA AGREEMENT

Respondent will plead guilty to:
Assault III
Reginald Williams

State will enter a Nolle Prosequi on:
RA Casp III
TM

State will recommend: Indict
Indf. Commt. Level V s/s/p for
1 year level IV (SCT)
w/A Step down at disc of prob.
4 hours of comm. serv.

Other agreement:
No contact w/ Jeffrey Lamire or co-D's
Moore, Knight or Antoine Hunter
Restit to (v) 1/6/05, upon D's entering of plea
Bully worksheet

Attorney for Respondent                    Deputy Attorney General

Date: 12/8/04

cc: Family Court                           X Reginald Williams
    Attorney General                         Respondent
    Attorney for Respondent                X
    Respondent                               Parent/Guardian of Respondent

n 332 (Rev. 2/03)