# EXHIBIT 6

## SUMMARY OF BUILDING LEVEL CONFERENCE

Student Name: Reginald Williams   Date of Conference: 12-2-04

Parent/Guardian Name: Sarah Williams   Date of Incident: 11-8-04

School: Shue-Medill M.S.   Time of Conference: 8:20 am

Attendees:

| Name | Role |
|---|---|
| Sarah Williams | Mother |
| Dr. Freeman Williams | Dist. Liaison |
| Dr. Gina Moody | Asst. Princ. |
| Mary Ann Sley | 8th gr. Guidance |
| Charles A. Carter | Dean of Students |

**DISCUSSION OF INCIDENT:** (Summary of comments from parent, student, and administrator) List evidence discussed.

Ms. Williams - Concerned about Shue staff not implementing Code of Conduct / Dress Code; Code of Conduct should be implemented consistently.

Dr. Moody - To focus on what Reggie did, we had to follow the Code as a Level 3 offense.

Dr. Williams - Dress Code "infraction" is irrelevant, we need to discuss Reggie's actions

**STUDENT/PARENT/GUARDIAN COMMENTS**

Ms. Williams - Reggie is involved in many community activities, he's compassionate, he has shown remorse. Asks for us to give son another chance to redeem himself. Willing for Reggie to do community service, write essay. He made big mistake - should not be penalized

**SPECIAL NOTES:**  • Unusual circumstances   • Other comments

**RECOMMENDATION** Refer case to District for review

Administrator Signature: Gina A. Moody

SL:pl

My Documents:Expulsion Materials\Expulsion Packet