# EXHIBIT 9



## EXTENSION OF SUSPENSION

Date: 19 November 2004

Ms. Sarah Williams
322 E. 10th St.
Wilmington, DE 19801

Reginald Williams 986700
656-2316

Dear Parent:

Your child has been involved in an offense, which will result in alternative placement or expulsion. Therefore, the Superintendent's Designee has authorized an additional five-day suspension for your child. The five-day suspension includes the following dates: _Nov 22, 23, 29, 30 + Dec. 1_

The student is scheduled for an alternative placement meeting on the following date: _Dec 2 8am / Dec 13 9:30 am_ If the student is recommended for expulsion, the District Office personnel will contact you to schedule a time for the expulsion hearing.

If the process is not completed by the 11th day of suspension, special education instruction will be provided for your child, but your child may not return to school until after the District meeting or hearing is completed. He/she may not be present on school property or attend any school activity. Your child may make up missed work during a suspension.

If you have any questions you may contact the school office.

Sincerely,

_Gina A. Mordy_
Signature of Administrator

Date: 19 November 2004

Cc:   Principal, Parent, Student, File

SL:pl
Rev:12/96:R12/98;R9/99

APPENDIX 1 (Continued)

### Referral to the Courts

Referral to the Courts is the filing of a charge of an alleged illegal action with the Courts having jurisdiction.

### Removal from Class

A teacher may remove a student from class for the remainder of the class period when the student's conduct is seriously disruptive and informal resolution is impractical. Exclusion may not exceed one class period. The student must be sent to a supervised area designated by the principal.

An administrator may temporarily remove a student from class if the student's continued attendance in a particular class causes serious disruption of the educational process or presents immediate danger of physical harm to either the student or others. Removal from class by an administrator shall not exceed five (5) school days; however, a student may be permanently removed from a particular class after repeated infractions.

### Reprimand

A reprimand is a written or verbal notification of unacceptable behavior.

### Restitution/Restoration

Restitution/Restoration is the payment for and/or restoring of property or articles, which have been damaged, lost, or stolen.

### Suspension

Suspension is a student's temporary exclusion from regular school attendance and activities by an administrator for a period not to exceed five (5) consecutive school days. Suspensions of five to ten days requires the Superintendent's/Designee's approval. Students are eligible to make up missed assignments.

### Work Assignment

A work assignment is an assigned task, which must be completed by the student in the time specified by the administrator. When possible and appropriate a work assignment should be related to the offense. This could also include community service under adult supervision.