No. 5-5358
----

R.W., et al.

vs.

DE Dept Ed, et al.

(Delaware District Civil No. 05-cv-00662)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: March 10, 2006

cc:
    Craig R. Fitzgerald, Esq.
    William L. Doerler, Esq.
    Patricia M. O'Neill, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk