## IN THE UNITED STATES DISTRICT COURT
## FOR THE DELAWARE DISTRICT

R.W., a Minor, individually, by and through         :
his parent and natural guardian SARAH WILLIAMS;
AND SARAH WILLIAMS, individually,                   :
        PLAINTIFFS,              :
  v.                                                     C. A.: No.05-CV 00662
                                                          **E-FILE**

THE DELAWARE DEPARTMENT OF                          :
EDUCATION; VALERIE WOODRUFF; *et.al.*
        DEFENDANTS.

### ORDER

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that the Motion to Withdraw as Counsel for the Plaintiff, filed by Patricia M. O'Neill, Esquire is granted.

_____
The Hon. Kent A. Jordan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DELAWARE DISTRICT

R.W., a Minor, individually, by and through      :
his parent and natural guardian SARAH WILLIAMS;
AND SARAH WILLIAMS, individually,                :
          PLAINTIFFS,             :
v.                                                    C. A.: No.05-CV 00662
                                                                **E-FILE**

THE DELAWARE DEPARTMENT OF                       :
EDUCATION; VALERIE WOODRUFF; *et.al.*
          DEFENDANTS.

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, Patricia M. O'Neill, Esquire, hereby request the Court to permit her to withdraw as counsel in the above matter and in support thereof aver the following:

      1. Plaintiff, Ms Williams is dissatisfied with my representation of herself and her child, R.W. (See letter attached).

      2. Plaintiff, Ms Williams has written to me and dismissed me as their attorney.

      3. Attempts were made subsequent to receiving the letter, however, this attorney was unable to reach Ms. Williams.

4. There are fundamental differences in my handling of this case, which can not be repaired.

WHEREFORE, this attorney requests that she be permitted as counsel.

Respectfully submitted

_____
Patricia M. O'Neill
Attorney for plaintiffs
De ID # 3016
22 West Front Street
Media, PA 19063
610-891-6668

\

Patricia O'Neill
22 West Front Street
Media, PA 19063

Sarah Williams
322 E. 10th Street
Wilm. DE 19801
March 15, 2006

Dear Ms O'Neill

I Sarah Williams effective immediately no longer authorize you to represent my son Reginald Williams, and I on any issue in Delaware District Court C.A. No. 05-CV-00662.

Due to your failure to timely prosecute our case in Delaware District Court and U.S. Court of Appeal for the Third Circuit. In addition to other conduct, I do not feel it is in the best interest of my son Reginald Williams and I to further represent us before any court

cc: file

Sincerely
Sarah Williams
3/15/06

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DELAWARE DISTRICT

R.W., a Minor, individually, by and through :
his parent and natural guardian SARAH WILLIAMS;
AND SARAH WILLIAMS, individually, :
    PLAINTIFFS, :
v.                                                                    C. A.: No.05-CV 00662
                                                                      **E-FILE**

THE DELAWARE DEPARTMENT OF :
EDUCATION; VALERIE WOODRUFF; *et.al.*
    DEFENDANTS.

## **CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on March 15, 2006, I electronically filed the Motion to Withdraw as Counsel with the Clerk of Court using CM/ECF which will send notification of such filing to Counsel Of Record. I further mailed two copies to Ms. Sarah Williams at 322 E. 10th Street, Wilm., DE 19801.

                                                      Respectfully submitted

                                                      Patricia M. O'Neill
                                                      Attorney for plaintiffs
                                                      De ID # 3016
                                                      22 West Front Street
                                                      Media, PA 19063
                                                      610-891-6668