IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

R.W. A minor, individually, by and through
his parent and natural guardian SARAH
WILLIAM and SARAH WILLIAMS, individually
              PLAINTIFFS

        V.

THE DELAWARE DEPARTMENT OF EDUCATION;
VALERIE WOODRUFF, personally and in her
official capacity as the Secretary of Education
for the State of Delaware; THE STATE OF DELAWARE
BOARD OF EDUCATION; and Joseph PIKA, PH.D.
JEAN ALLEN; RICHARD M. FARMER, Jr, MARY
GRAHAM, ESQ; BARBARA RUTT; DENNIS SAVAGE;
CLAIRBOARNE D. SMITH; ANNE CASE; VALERIE
WOODRUFF; personally and in their official
capacity as members of the State Board of Education;
and THE CHRISTINA SCHOOL DISTRICT; Joseph J.
WISE, personally and in his official capacity as the
Superintendent of the DISTRICT; DAVID SUNSTROM,
personally and in his official capacity as the
Assistant Superintendent of the DISTRICT;
SANDRA COUNTLEY personally and in her official
capacity; SHARON DENNY, personally and in her
official capacity; FREEMAN WILLIAMS personally
and in his official capacity; THE CHRISTINA
SCHOOL DISTRICT: SCHOOL BOARD; BrendA
PHILLIPS; JAMES DURR; GEORGE EVANS, ESQUIRE;
BEVERLY HOWELL; CONSTANCE MERLET; JOHN
MACKENZIE, CECELIA SCHERER; and JOSEPH,
WISE; all personally and in their official
capacity as members of the CHRISTINA
SCHOOL DISTRICT
                    DEFENDANTS

05cv662 KAJ

C.A.NO.05CV-006

# PLAINTIFFS MOTION FOR EXTENSION OF TIME

R.W; A minor, individually, by and through his parent and natural guardian SARAH WILLIAMS, hereby request the HONORABLE JUDGE KENT JORDAN, 90 days extension of time to seek a new attorney to enter his or her appeason and to follow court orders and rules and answer motion pending before the court.

Effective, at 8:53 on March 15, 2006 attorney Patricia O'Neill was notified she was no longer authorized to represent my son R.W and I. see attached letter. Defendants attorney of record, William L. Doeler and Graig Fitzgerald were notified by phone my request for 90 days extension of time no objection was made by mr Doeler.

Because the additional emotional distress cause by attorney Patricia O'Neill conduct and my medical conditions to prevent worsen

```
**********************************************************************
*                                                                    *
*                       TRANSACTION REPORT                           *
*                                               MAR-15-2006 08:54 AM *
*        FOR:                            3023690418                  *
*  _____  *
*                                                                    *
*       SEND                                                         *
*                                                                    *
*     DATE   START      RECEIVER            PAGES    TIME    NOTE    *
*  _____  *
*                                                                    *
*     MAR-15 08:53 AM   16108919799           1      41"     OK      *
*  _____  *
*                                                                    *
**********************************************************************
```

Patricia O'Neill
22 West Front Street
Media, PA 19063

Sarah Williams
322 E. 10th Street
Wilm. DE 19801
March 15, 2006

Dear Ms O'Neill

I Sarah Williams effective immediately no longer authorize you to represent my son Reginald Williams, and I on any issue in Delaware District Court C.A. No. 05-CV-00662.

Due to your failure to timely prosecute our case in Delaware District Court and U.S. Court of Appeal for the Third Circuit. In addition to other conduct, I do not feel it is in the best interest of my son Reginald Williams and I to further represent us before any court

cc: file

Sincerely
Sarah Williams
3/15/06

## CERTIFICATE OF SERVICE

I, SARAH WILLIAMS, hereby certify that on MARCH 15, 2006 copies of the foregoing PLAINTIFFS R.W AND SARAH WILLIAMS MOTION FOR EXTENSION OF TIME were delivered upon:

CRAIG Fitzgerald
Department of Justice
102 West Water STREET
Dover, De 19904

WILLIAM L. DOERLER
824 N. MARKET STREET
P.O. Box 709
Wilmington De 19899

by *Sarah Williams*
SARAH WILLIAMS
322 E. 10th Street
Wilm. DE 19801
302 472-3492