IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

R.W., a Minor, individually, by and through  :
his parent and natural guardian SARAH WILLIAMS;
AND SARAH WILLIAMS, individually,  :
    PLAINTIFFS,
  v.                                              C. A.: No.05-CV 00662
                                                                  E-FILE

THE DELAWARE DEPARTMENT OF  :
EDUCATION; VALERIE WOODRUFF; *et.al.*
    DEFENDANTS.

## ORDER

IT IS HEREBY ORDERED this 16th day of March, 2006, that the Motion to Withdraw as Counsel for the Plaintiff, filed by Patricia M. O'Neill, Esquire is granted.

                                                              The Hon. Kent A. Jordan