IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

| | | |
|---|---|---|
| R.W., A Minor, individually, by and through his parent and natural guardian SARAH WILLIAMS and SARAH WILLIAMS, individually, <br> PLAINTIFFS, <br><br> V. <br><br> THE DELAWARE DEPARTMENT OF EDUCATION; *et. al.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. NO. 05-CV-00662 |

## ORDER

WHEREAS this _____ day of _____, 2006, having considered the Motion for Extension of Time filed by plaintiff Sarah Williams (Plaintiff), and the Responses thereto, it is hereby ordered that the Motion is **DENIED.** Plaintiff has not established excusable neglect sufficient to justify extending the time for filing a response to Responding Defendant's Motion to Dismiss. The motion, therefore, will be deemed unopposed. Plaintiff, however, shall have 30 days to find new counsel to represent both herself and her son to prosecute this case if the Court denies the Motion to Dismiss or, if appropriate, to prosecute any appeal Plaintiff wishes to pursue if the motion is granted.

IT IS SO ORDERED.

_____
The Honorable Kent A. Jordon