# EXHIBIT C

### Doerler, William

**From:** Doerler, William
**Sent:** Thursday, March 16, 2006 1:54 PM
**To:** 'oneillpmo@aol.com'
**Cc:** craig.fitzgerald@state.de.us
**Subject:** RE: extension of time

Pat
Provided that you re-enter your appearance, we will stipulate to a one week extension, to March 23, 2006, for Plaintiffs to file their Answering Brief to the School District's Motion to Dismiss.

**IRS Circular 230 Notice:** To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein, unless expressly stated otherwise.

William L. Doerler, Esquire
**White and Williams LLP**
824 N. Market Street, Suite 902
P.O. Box 709 | Wilmington, DE 19899-0709
Direct Dial: 302.467.4508 | Direct Fax: 302.467.4548
doerlerw@whiteandwilliams.com

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from the law firm of White and Williams LLP which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** oneillpmo@aol.com [mailto:oneillpmo@aol.com]
**Sent:** Thursday, March 16, 2006 11:17 AM
**To:** craig.fitzgerald@state.de.us; Doerler, William
**Subject:**

I have had a long discussion with Ms. Williams today and she wants me back provided I can have an extension of time to respond to your motions. I would circulate a stipulation accordingly. I do admit that the motion are 90% complete. Please, I want to help this family. I am available by cell at 610-202-9750, if you want to talk to me which I would greatly appreciate.

3/22/2006