# EXHIBIT D

## Doerler, William

**From:** oneillpmo@aol.com
**Sent:** Monday, March 20, 2006 4:03 PM
**To:** Doerler, William; craig.fitzgerald@state.de.us

I thank you for your consideration and kindness today. After telling Ms. Williams of your extension and **my ability to meet it,** she reflected for the day and just now informed me that she wants to find another atty. It was my pleasure working with both of you genrtlemen for the duration and I as always wish you the only the best.