# Exhibit A

## Fitzgerald Craig (DOJ)

**From:** Fitzgerald Craig (DOJ)
**Sent:** Thursday, February 09, 2006 12:13 PM
**To:** 'oneillpmo@aol.com'; Doerlerw@whiteandwilliams.com
**Subject:** RE: Request for Extension

Sorry Pat --- I have no objection to a Motion for Extension of Time to respond to Christina's Motion to Dismiss that was filed in January.

Craig R. Fitzgerald, DAG

>	-----Original Message-----
>	**From:** oneillpmo@aol.com [mailto:oneillpmo@aol.com]
>	**Sent:** Thursday, February 09, 2006 12:07 PM
>	**To:** Doerlerw@whiteandwilliams.com
>	**Cc:** Fitzgerald Craig (DOJ)
>	**Subject:** Re: Request for Extension
>
>	Thanks. I am about to finish this answer. My daughter just called and told me that Megan (my daughter in the Hosp.) is about to be discharged. Thanks. I am aware of the truancy matter and have spoken to M&J about it.
>
>	-----Original Message-----
>	From: Doerler, William <Doerlerw@whiteandwilliams.com>
>	To: oneillpmo@aol.com
>	Cc: sundstromd@christina.k12.de.us
>	Sent: Wed, 8 Feb 2006 17:34:33 -0500
>	Subject: RE: Request for Extension
>
>	Pat
>	I am sorry to hear about your daughter.
>
>	To the extent that you are talking about the Motion to Dismiss filed in Federal Court, I have no objection to granting you the extension. If you are referring to the Motion filed in the Truancy matter, that matter is being handled by David Williams.
>
>	---
>
>	**IRS Circular 230 Notice:** To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein, unless expressly stated otherwise.
>	William L. Doerler, Esquire
>	**White and Williams LLP**
>	824 N. Market Street, Suite 902
>	P.O. Box 709 | Wilmington, DE 19899-0709
>	Direct Dial: 302.467.4508 | Direct Fax: 302.467.4548
>	doerlerw@whiteandwilliams.com
>	                    ****CONFIDENTIALITY NOTICE****
>	This E-Mail message and any documents accompanying this E-Mail transmission contain information from the law firm of White and Williams LLP which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any

action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

**From:** oneillpmo@aol.com [mailto:oneillpmo@aol.com]
**Sent:** Wednesday, February 08, 2006 5:02 PM
**To:** Doerler, William
**Cc:** craig.fitzgerald@state.de.us
**Subject:**

My daughter ( who is 7 months pregnant and unable to breath on her own without treatments) has been hospitalized and I have not had time to respond appropriately to your Motion. I am requesting an extension of time for twenty days to answer. Thank you.

3/21/2006