# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*William L. Doerler*
*Direct Dial: 302.467.4508*
*Direct Fax: 302.467.4548*
*doerlerw@whiteandwilliams.com*

April 27, 2006

The Honorable Kent A. Jordan
District Court of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

    **RE: Williams, Sarah v. Christina School District**
         **C.A. No. 05-CV-00662**
         **Our File No. 16869-D0111**

Dear Judge Jordan:

    On or about March 15, 2006, Plaintiff filed a motion for a ninety (90) day extension of time to seek a new attorney and to file an Answering Brief to the Christina School District's Motion to Dismiss. *See* Dkt. #58. The Christina School District Defendants filed a Response to the Motion on March 24, 2006 objecting to the extension of time. *See* Dkt. #60. There being no further response from the Plaintiff with respect to this Motion, Plaintiff's Motion is now ripe for decision.

    If you need further information, I am available at the convenience of the Court.

                        Respectfully submitted

                        WHITE AND WILLIAMS LLP

                By:    /s/ William L. Doerler
                        William L. Doerler

WLD:mw

cc:    Craig Romond Fitzgerald, Esquire
       Ms. Sarah Williams