# White and Williams LLP 

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

William L. Doerler
Direct Dial: 302.467.4508
Direct Fax: 302.467.4548
doerlerw@whiteandwilliams.com

June 15, 2006

**Via E-File and U.S. Mail**

The Honorable Kent A. Jordan
District Court of Delaware
844 N. King Street, Room 4209
Wilmington, DE  19801

> RE:  **Williams, Sarah v. Christina School District**
>      **C.A. No. 05-CV-00662**
>      **Our File No. 16869-D0111**

Dear Judge Jordan:

As you may recall, the Christina School District Defendants in the above referenced matter filed a Motion to Dismiss for Failure to State a Claim on January 17, 2006.  Plaintiff's attorney never filed a response to the Motion.  Rather, on March 13, 2006, Plaintiff's attorney, Ms. O'Neill, filed a Motion to Withdraw.  On the same date, Ms. Williams filed a Motion for a 90-day extension of time to permit Plaintiff to find a new attorney and file a response to the Motion to Dismiss.  On March 16, 2006, prior to receiving a response to either Motion, the Court granted Ms. O'Neill's Motion to Withdraw as counsel.

On March 24, 2006, the School District Defendants filed a Response in Opposition to the Motion for Extension of Time.  The Court has not yet made a ruling with respect to Plaintiff's Motion to Extend Time.  Regardless, however, the 90-days requested to find a new attorney and file a response to the Motion to Dismiss has now passed.  Thus, the Christina School District Defendants respectfully request that the Court grant their outstanding Motion to Dismiss.

Respectfully submitted

WHITE AND WILLIAMS LLP

By: /s/ William L. Doerler
William L. Doerler

WLD:mw
cc:  Ms. Sarah Williams