IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.W., a Minor, individually, by and through his parent and natural guardian Sarah Williams, and SARAH WILLIAMS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE DEPARTMENT OF EDUCATION, VALERIE WOODRUFF, personally and in her official capacity as the Secretary of Education for the State of Delaware, STATE OF DELAWARE BOARD OF EDUCATION, Ph.D JOSEPH PIKA, JEAN ALLEN, RICHARD M. FARMER, JR., ESQ. MARY GRAHAM, BARBARA RUTT, DENNIS SAVAGE, CLAIRBOURNE D. SMITH, ANN CASE, VALERIE WOODRUFF, personally and in her official capacity as Members of the State Board of Education, CHRISTIANA SCHOOL DISTRICT, JOSEPH WISE, personally and in his official capacity as the Superintendent of the District, DAVID SUNSTROM, personally and in his official capacity as the Assistant Super-intendent of the District, SANDRA COUNTLEY, personally and in her official capacity, SHARON DENNY, personally and in her official capacity, FREEMAN WILLIAMS, personally and in his official capacity, CHRISTIANA SCHOOL DISTRICT BOARD, BRENDA PHILLIPS, JAMES DURR, ESQ. GEORGE EVANS, BEVERLY HOWELL, CONSTANCE MERLET, JOHN MACKENZIE, CECILIA SCHERER, and JOSEPH WISE, all personally and in their official capacity as Members of the Christiana School District,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-662-KAJ |

## ORDER

On January 17, 2006, defendants filed a Motion to Dismiss (D.I. 54). To date, plaintiff has failed to file an answering brief in response to the motion. Therefore,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to defendants' Motion to Dismiss on or before July 3, 2006, or otherwise show cause why this case should not be dismissed for failure to prosecute.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

June 16, 2006
Wilmington, Delaware