IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

R.W., A Minor, individually, by and through
his parent and natural guardian SARAH WILLIAMS
and SARAH WILLIAMS, individually,

                PLAINTIFFS,

V.

THE DELAWARE DEPARTMENT OF
EDUCATION; *et. al.*

                DEFENDANTS.

C.A. NO. 05-CV-00662

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of William L. Doerler, Esquire on behalf of Defendants, The Christina School District Board of Education, Joseph J. Wise, David Sunstrom, Sandra Countley, Sharon Denny, Freeman Williams, Brenda Phillips, James Durr, George Evans, Beverly Howell, Constance Merlet, John Mackenzie and Cecilia Scherer.

**PLEASE ENTER** the appearance of James S. Yoder, Esquire on behalf of Defendants, The Christina School District Board of Education, Joseph J. Wise, David Sunstrom, Sandra Countley, Sharon Denny, Freeman Williams, Brenda Phillips, James Durr, George Evans, Beverly Howell, Constance Merlet, John Mackenzie and Cecilia Scherer.

| | |
|---|---|
| WHITE AND WILLIAMS LLP | WHITE AND WILLIAMS LLP |
| /s/ James S. Yoder | /s/ William L. Doerler |
| JAMES S. YODER (#2643) | WILLIAM L. DOERLER (#3627) |
| 824 N. Market Street, Suite 902 | 824 N. Market Street, Suite 902 |
| P.O. Box 709 | P.O. Box 709 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19899-0709 |
| (302) 467-4524 | (302) 467-4508 |

Date: January 18, 2007

WILDMS 139548v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

R.W., A Minor, individually, by and through
his parent and natural guardian SARAH WILLIAMS
and SARAH WILLIAMS, individually,

       PLAINTIFFS,     :    C.A. NO. 05-CV-00662

       V.

THE DELAWARE DEPARTMENT OF
EDUCATION; *et. al.*

       DEFENDANTS.

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, do hereby certify that on this 18 day of January, 2007, a copy of the foregoing **Substitution of Counsel** were delivered via LexisNexis File & Serve upon:

Ms. Sarah Williams
322 East 10th Street
Wilmington, DE 19801

Craig Romond Fitzgerald, Esquire
Department of Justice
102 West Water Street
Dover, DE 19904

WILDMS 139548v.1

WHITE AND WILLIAMS LLP

BY: _____
JAMES S. YODER (#2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: 302.467.4524
*Attorneys for The Christina School District Board of Education, Joseph J. Wise, David Sunstrom, Sandra Countley, Sharon Denny, Freeman Williams, Brenda Phillips, James Durr, George Evans, Beverly Howell, Constance Merlet, John Mackenzie and Cecilia Scherer*