IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.W., a minor individually, by and through his parent and natural guardian SARAH WILLIAMS and SARAH WILLIAMS, individually, : : : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 05-662-*** |
| DELAWARE DEPARTMENT OF EDUCATION, et al., : : : | |
| Defendants. : | |

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Wednesday, March 21, 2007 at 10:30 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE