# White and Williams LLP 

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*James S. Yoder*
*Direct Dial: 302.467.4524*
*Direct Fax: 302.467.4554*
*yoderj@whiteandwilliams.com*

March 6, 2007

**Via Electronic Filing and First Class Mail**

The Honorable Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

Craig R. Fitzgerald, Esquire
Department of Justice
102 West Water Street
Dover, DE 19904

Ms. Sarah Williams
322 East 10th Street
Wilmington, DE 19801

> **RE: R.W., (Williams) v. The Delaware Department of Education et al., C.A. NO. 05-CV-00662**

Dear Judge Thynge, Mr. Fitzgerald and Ms. Williams:

This letter is a confirmation that the Court has scheduled a telephonic case status conference for March 21, 2007 at 10:30 a.m. My office will make arrangements for a conference call line to be available.

Ms. Williams, the last known telephone number I have for you is 302-384-7624. If you will not be available at this phone number, please provide me with a number where you can be reached as soon as possible.

If you have any questions or comments, please do not hesitate to contact me at your earliest convenience.

Respectfully yours,

WHITE AND WILLIAMS LLP

By: *[signature]*
James S. Yoder

JSY:jsy
cc: Clerk for the U.S. District Court for the District of Delaware

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

WILDMS 141925v.1