IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.W., a minor individually, by and through his parent and natural guardian SARAH WILLIAMS, and SARAH WILLIAMS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE DELAWARE DEPARTMENT OF EDUCATION; et. al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-662 -***<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL

Please substitute Mary L. Cooke, Esquire as counsel for the following Defendants: Delaware Department of Education, The State Board of Education, Valerie Woodruff, Joseph Pika, Jean Allen, Richard M. Farmer, Jr., Mary Graham, Esq., Barbara Rutt, Dennis Savage, Claibourne D. Smith, and Ann Case.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Mary L. Cooke
Mary L. Cooke (#3441)
Deputy Attorney General
102 West Water Street. 3rd Floor
Dover, DE 19904
(302) 739-7641

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Craig Fitzgerald
Craig Fitzgerald (#3730)
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
(302) 577-8400

Dated: March 19, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: James S. Yoder, Esq. I hereby certify that on March 19, 2007, I have mailed the document by regular mail to the following non-registered participant:

> Ms. Sarah Williams
> 322 East 10th Street
> Wilmington, DE 19801

> _____
> Craig R. Fitzgerald (#3730)
> Deputy Attorney General
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801