IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.W., a minor individually, by and through his parent and natural guardian SARAH WILLIAMS and SARAH WILLIAMS, individually, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-662-*** |
| DELAWARE DEPARTMENT OF EDUCATION, et al., | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington, Delaware, this **22nd** day of **March, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge has been rescheduled to **Friday, March 30, 2007 at 11:30 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE