# White and Williams LLP 

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*James S. Yoder*
*Direct Dial: 302.467.4524*
*Direct Fax: 302.467.4554*
*yoderj@whiteandwilliams.com*

March 23, 2007

**Via Electronic Filing and First Class Mail**

The Honorable Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

Mary L. Cooke, Esquire
Department of Justice
102 West Water Street
Dover, DE 19904

Ms. Sarah Williams
322 East 10th Street
Wilmington, DE 19801

> RE: **R.W., (Williams) v. The Delaware Department of Education** *et al.*, **C.A. NO. 05-CV-00662**
> **RESCHEDULED CONFERENCE CALL WITH THE COURT**

Dear Judge Thynge, Ms. Cooke and Ms. Williams:

This letter is a confirmation that the Court has rescheduled the telephonic case status conference originally set for March 21st, to March 30, 2007 at 11:30 a.m. Each of you, in turn, will be receiving a call from my office shortly before 11:30 a.m. to connect you to the teleconference.

Ms. Williams, thank you for confirming that you can be reached at 302-384-7624. Nevertheless, if it turns out you will not be available at this phone number on March 30, 2007 at 11:30 a.m., please provide me with a number where you can be reached as soon as possible.

If you have any questions or comments, please do not hesitate to contact me at your earliest convenience.

Respectfully yours,

WHITE AND WILLIAMS LLP

By: *James S. Yoder*

JSY:jsy
cc: Clerk for the U.S. District Court for the District of Delaware

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

WILDMS 141925v.2