IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

R.W., et al.                               :

       Plaintiffs                      :

v.                                         : Civil Action No. 05-662 GMS

DELAWARE DEPARTMENT OF                     :
EDUCATION, et al.
                                           :
       Defendants
                                           :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this ___14th___ of March 2008, the above-captioned case having been previously referred to Magistrate Judge Mary Pat Thynge on December 18, 2006,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Thynge shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.

3. Conduct alternate dispute resolution.

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED

MAR 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE